12-29-05

06- 18

Dear Clerk if forma pauperis is not accepted could I please have ample time to please send the filing fee without effecting the original filing date.

*[signature]*
*[signature]*

FILED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE