Please file for Forma Pauperis
I will send lawsuit application
12-30-05

thank you

A. Freighter Jacoby
12-29-05

FILED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE