(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

☐ ORIGINAL

(1) Howard Leighton Laskey   T183:3286
_____ (Inmate Number)

H. Leighton Laskey
527 Baltic Ave.
Brooklyn, MD 21225
(Complete Address with zip code)

(2) NONE
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 18
(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) SEE ATTACHMENTS 1-B

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

☐ Jury Trial Requested

FILED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

1-13

PFC. ROBERT C. LEGATES
MILLSBORO POLICE DEPT.
107 MAIN ST
MILLSBORO DELAWARE 19966


PFC. WHEATLEY
MILLSBORO POLICE DEPT.
107 MAIN ST
MILLSBORO DELAWARE 19966


SUPERVISOR ON DUTY 1-3-04 TIME OF ALLEGED INCIDENT
KNOW ONLY AS "JOHN DOE"
MILLSBORO POLICE DEPT.
107 MAIN ST
MILLSBORO DELAWARE 19966


GOVERNOR RUTH ANN MINNER
CARVEL STATE OFFICE BLDG.
820N.FRENCH ST 12TH FL
WILMINGTON DELAWARE 19801

OR DOVER OFFICE TATNULL BLDG
William PENN St 2ND FL
Dover Delaware 19901

THE STATE OF DELAWARE
CARVEL STATE OFFICE BLDG.
820N.FRENCH ST 12TH FL
WILMINGTON DELAWARE 19801

04      SAME OS ABOVE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? This Action took place while in police custody. I wrote the Governor,

2. What was the result? NONE

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: PFC. Robert C LEGATES
Employed as POLICE OFFICER at Millsboro Police Dept
Mailing address with zip code: 107 MAIN ST
MILLSBORO DELAWARE 19966

(2) Name of second defendant: PFC. MR. WHEATLEY
Employed as Police Officer at Millsboro Police Dept
Mailing address with zip code: 107 MAIN ST
MILLSBORO DELAWARE 19966

(3) Name of third defendant: Filed as "John Doe"
Employed as Supervisor on Duty at Millsboro Police Dept
Mailing address with zip code: 107 MAIN ST
MILLSBORO DELAWARE 19966

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

SEE ATTACHMENTS 2-B

2

2-B

12-24-05

4. Ruth Ann Minner
   Carvel State Office Bldg
   820 N. French St    12th Fl
   Wilmington Delaware  19801
   Governor — Employer of foregoing Defendants
   Violation of Rights / ~~Assault~~ Assault

5. State of Delaware
   Carvel State Office Bldg
   820 N. French St   12th Fl
   Wilmington Delaware  19801
   Employer of foregoing Defendants
   Violation of Rights / Assault

3

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

SEE ATTACHMENTS.

1. PFC. LEGATES 1-3-04 involuntary taking of EVIDENCE, ASSAULT. Location Beebe Hospital DELAWARE

2. PFC. MR Wheatley 1-3-04. involuntary taking of EVIDENCE - ASSAULT. LOCATION BEEBE Hospital DELAWARE

3. Supervisor on Duty "John Doe" Millsboro police 1-3-04 involuntary taking of EVIDENCE ASSAULT Location Beebe Hospital DELAWARE

SEE PAGE 4

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. $250,000.00 Monetary AWARD/Denial of Rights
$250,000.00 Monetary AWARD/Physical ASSAULT
INVESTIGATION of officers by internal Affairs/State police/F.B.I. into any past or prior situations such as the foregoing

3

12-24-05 4

Pg 4

4. Ruth Ann Minner
Carvel State Office Bldg
820 N. French St 12th Fl
Wilmington Delaware 19801
Governor – Employer of foregoing Defendants
Violation of Rights / ~~Assault~~ Assault

5. State of Delaware
Carvel State Office Bldg
820 N. French St 12th Fl
Wilmington Delaware 19801
Employer of foregoing Defendants
Violation of Rights / Assault

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12-24-05 day of December 24th, 2005

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

It is hereby sworn this 29 day of December the year you 2005 that Howard Heights Hickey does send via Postal Service this papers at hand, to the District Court of the United States in Wilmington Delaware

Respectfully
W. Heights

STATEMENT OF FACTS

UNDER SUSPISION of D.U.I.

I WAS ARRESTED IN SUSSEX COUNTY DELAWARE ON 1-3-04. WHEN TAKEN TO THE MILLSBORO POLICE STATION BY PFC ROBERT C. LEGATES I WAS ASKED TO TAKE A B.A.C. TEST. I REFUSED. THE ARRESTING OFFICER THEN SAID HE WAS TAKING ME TO THE HOSPITAL FOR A BLOOD TEST. I REFUSED ONCE AGAIN AND ASKED TO SPEAK TO AN ATTORNEY. THE ARRESTING OFFICER THEN PLACED ME IN THE CRUISER AND CALLED FOR BACK-UP. I WAS ADAMIT ABOUT MY REFUSAL TO TAKE A BLOOD TEST. UPON ARRIVAL AT BEEBE HOSPITAL I ONCE AGAIN REFUSED AND ASKED FOR AN ATTORNEY. I WAS THEN DRAGGED OUT OF THE CRUISER, THUS SUSTAINING INJURIES. I WAS CARRIED INTO THE HOSPITAL HELD DOWN ON A GURNEY AND BLOOD WAS TAKEN FORCEFULLY AND INVOLINTARY BY THE MILLSBORO POLICE.

THANK YOU.

*H. Leighton Lasky* 12-24-05

H. LEIGHTON LASKY
527 BALTIC AVE
BROOKLYN, MD. 21225

UDER PENALTIES of PERJURY

I HOWARD LEIGHTON LASKY, to the best of my KNOWLEDGE, state that the foregoing statement is true.

Respectfully
H. Leighton Lasky

Copies 4-COMPLETE Copies

GOVERNOR
Ruth Ann Minner

Edward Laughton Libbey
Patuxent Inst
PO Box 700
Jessup, MD 20794

Clerk of the Courts
U.S. District Court
Lock Box 18
844 N. King St Rm 4209
Wilmington, DE 19801-3570