Peter Ralleo
Clerk of the Court
United States District Court
Wilmington De 19801

**RECEIVED JAN 12 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

1-09-06

06-18

Dear Sir,

I am requesting acknowledgement of receipt of a lawsuit I filed postmarked 12-29-05. Please send me a copy of the courts receipt.

Thank you
H. Creighton Caskey

H. CREIGHTON CASKEY
527 BALTIC AVE
BALTIMORE MD 21225

VS

SEE ATTACHMENT 1-3

1-B

PFC. ROBERT C. LEGATES
MILLSBORO POLICE DEPT.
107 MAIN ST
MILLSBORO DELAWARE 19966



PFC. WHEATLEY
MILLSBORO POLICE DEPT.
107 MAIN ST
MILLSBORO DELAWARE 19966

SUPERVISOR ON DUTY 1-3-04 TIME OF ALLEGED INCIDENT
KNOW ONLY AS "JOHN DOE"
MILLSBORO POLICE DEPT.
107 MAIN ST
MILLSBORO DELAWARE 19966

GOVERNOR RUTH ANN MINNER
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST 12TH FL
WILMINGTON DELAWARE 19801

OR Dover office tat NOCC BLDG William Penn St 2ND FL Dover Delaware 19901

THE STATE OF DELAWARE
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST 12TH FL
WILMINGTON DELAWARE 19801

OR SAME OS ABOVE