IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-018 JJF |
| PFC. ROBERT C. LEGATES, PFC. WHEATLEY, SUPERVISOR ON DUTY JOHN DOE, GOVERNOR RUTH ANN MINNER, STATE OF DELAWARE, | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20 day of January, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge