HONERABLE JUDGE
JOSEPH J. FARNAN, JR.
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DE. 19801



1-21-06

DEAR SIR,
        I AM SUBMITTING THIS AS EVIDENCE TO SHOWCAUSE AS TO WARRANT TRIAL. THIS IS A COPY OF THE ORIGINAL POLICE REPORT.

RESPECTFULLY

H. LEIGHTON LASKEY
527 BALTIC AVE
BALTIMORE, MD. 21225

CA 06-018 JJF