

U.S.M.S X-RAY

BALTIMORE MD 212

21 JAN 2006 PM 7 L