HONORABLE JUDGE  
MS. BEAUREGARD  
COURT OF COMMON PLEAS  
1 THE CIRCLE  
GEORGETOWN, DELAWARE.  
19947

CASE #0401001398

YOUR HONOR,

    I AM REQUESTING FULL STATEMENT OF FACTS ON CASE# 0401001398. I HAD REQUESTED, PRIOR TO TRIAL, WITH NO RESPONSE.

    THIS ARREST IS CURRENTLY UNDER REVIEW IN UNITED STATES DISTRICT COURT IN WILMINGTON DELAWARE UNDER USC 42-1983 CIVIL RIGHTS ACT.

    I DO REMEMBER STATEMENTS OF FACT THAT I DID NOT HAVE IN MY ~~POSSETION~~. POSESSION

RESPECTFULLY

H. LEIGHTON LASKEY  
527 BALTIC AVE  
BALTIMORE, MARYLAND  
21225

CC. HONERABLE JUDGE  
    JOSEPH J. FARNAN  
    UNITED STATES  
    DISTRICT COURT



FILED  
MAR 08 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

BD Scanned

H. LEIGHTEN CASSEY
527 BALTIC AVE
BALTIMORE, MD 21225



℅ Clerk of The Courts
Honorable Judge
Joseph J. Farnan Jr.
United States District Ct
844 N. King Street / Lock Box 18
Wilmington, DELAWARE, 15801