2-18-06

**ORIGINAL**

CLERK OF THE COURTS
U.S. DISTRICT COURT          CIV.NO.06-018-JJF
844 KING ST BOX 18
WILMINGTON,DE.19801

DEAR CLERK,
         WOULD YOU PLEASE SEND ME THREE(3) U.S. MARSHALL 285 FORMS. I WOULD LIKE TO EXPEDITE THIS CASE AND SERVE THE DEFENDANTS.
         THANK YOU

H. LEIGHTON LASKEY
527 BALTIC AVE
BALTIMORE,MD.21225

CC. HONORABLE JUDGE
    JOSEPH J. FARNAN JR.

FILED
MAR 08 2006
U.S. ---- COURT
DISTRICT OF DELAWARE

BP scanned



H. LEIGHTON LASKEY
527 BALTO AVE
BALTIMORE, MD 21225

Clerk of the Courts
U.S. District Court
844 King St Box 18
Wilmington, De. 19801