3-4-06

HONORABLE JUDGE
ROSEMARY BEAUREGARD
COURT OF COMMON PLEAS
1 THE CIRCLE
GEORGETOWN, DELAWARE.
            19947

PLEASE FILE
CIV. NO. 06-018 -JJF

YOUR HONOR,
         MY APOLOGIZE FOR NOT CLARIFYING MY INTENT. MY INTENT WAS THE OFFICIAL POLICE REPORT PRESENTED TO THE STATE OF DELAWARE BY THE ARRESTING OFFICER CASE # 0401001398.
         ALSO I AM REQUESTING A COPY OF THE BLOOD TEST RESULTS IN THIS CASE TO BE PRESENTED AT TRIAL.
         THANK YOU FOR YOUR TIME IN THIS MATTER AND I AM SINCERE, WITH REGRET, AS TO ANY INCONVEINENCE I MAY HAVE CAUSED.

                              RESPECTFULLY

                              H. LEIGHTON LASKEY
                              527 BALTIC AVE
                              BALTIMORE, MD. 21225

CC. HONORABLE JUDGE
    JOSEPH J. FARNAN JR
    UNITED STATES DISTRICT
    COURT DELAWARE

P.S. PLEASE SEND ME U.S. MARSHALL 285 FORMS.



FILED
MAR 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned



HUBERATOD LASKEY
527 BACTO AVE
BALTIMORE MD 21225

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLERK OF THE COURTS
UNITED STATES DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE 19801