PETER T. DALLEO
LOCKBOX 18
U.S.COURTHOUSE
WILMINGTON,DE.
     19801

*CIV,NO.06-018-JJF*

    DEAR SIR,
         MY INTENTIONS ARE TO SERVE
THE REMAINING DEFENDANTS IN CASE CIV.NO.06-018-JJF.
         ENCLOSED PLEASE
FIND AN ORDER FROM JUDGE FARNAN FOR ME TO FILL OUT U.S.
MARSHALL 285 FORMS. I AM IGNORANT TO WHERE I CAN GET THESE
FORMS. I THOUGHT THE CLERKS OFFICE WOULD HAVE THEM. PLEASE
NOTICE THE TIME FRAME OF 120 DAYS TO DO THIS.
         IF YOU CAN NOT HELP
ME PLEASE E-MAIL ME AT( camaro25year@yahoo.com). THE CLOCK IS
TICKING.

         RESPECTFULLY


         H.LEIGHTON LASKEY
         527 BALTIC AVE
         BROOKLYN,MD.21225

CC.HONORABLE JUDGE
   JOSEPH J. FARNAN



RECEIVED

MAR 2 4 2006



BALTIMORE MD 212

22 MAR 2006 PM 3 L

Honorable Judge Joseph J. Farnan Jr.

Lockbox 18 - 844 King STREET

U.S. Courthouse

Wilmington, Delaware. 19801

RECEIVED

MAR 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE