OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 24, 2006

TO: H. Leighton Laskey
527 Baltic Avenue
Brooklyn, MD 21225

**RE: U.S. MARSHAL 285 FORMS**

Dear MrLaskey.

    A letter has been received by the Clerk's Office requesting U.S. Marshal's service of process forms (USM 285 forms) to accompany the filing a complaint in this Court. The Clerk's office does not provide USM Forms 285 in response to individual requests.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
Alpha file



FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE