OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 30, 2006

TO: H. Leighton Laskey
527 Baltic Avenue
Brooklyn, MD 21225

RE: U.S. Marshal 285 Forms
*Civil Action #06-18(JJF)*

Dear Mr. Laskey:

In reference to the letter sent to you on 3/24/06 (DI 11) regarding USM 285 forms, enclosed please find 3 USM 285 forms for you to fill out and submit to the Clerk's Office.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: 285 forms