HONORABLE JUDGE                              CIV.NO.06-018-JJF    4-2-06
JOSEPH J. FARNAN
844 KING STREET
U.S. DISTRICT COURT
WILMINGTON, DELAWARE

                                       DEAR SIR,
                                                          IT HAS BEEN NEARLY
60 DAYS SINCE YOUR ORDER TO COMPLETE AND RETURN U.S. MARSHALL
285 FORMS. THE CLERKS OFFICE HAS RESPONDED NEGATIVELY TO MY
REQUESTS FOR THESE FORMS.
                                                      I AM CONCERNED
WITH THE TIME FRAME. I WOULD APPRECIATE HELP IN RECEIVING THESE
FORMS. THANK YOU.

                                                                         RESPECTFULLY
                                                                         H. LEIGHTON LASKEY
                                                                         527 BALTIC AVE
                                                                         BROOKLYN, MD. 21225



FILED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



BALTIMORE MD 212
01 APR 2006 PM 3 T

Honorable Judge
Joseph J. Faran Jr.
U.S. District Court
844 King Street
Wilmington, Delaware

H. Leighton Laskey
527 Baltic Ave
Brooklyn, MD 21225