4-22-06

HONORABLE JUDGE
JOSEPH J. FARNAN
U.S. DISTRICT COURT
WILMINGTON,DELAWARE

MOTION TO AMEND

DEAR SIR,

                              IT IS HEREBY PRESENTED THIS 22 DAY OF APRIL 2006 TO THE U.S. DISTRICT COURT IN WILMINGTON DELAWARE CASE # 106-CV-00018 JJF THAT THE PLAINTIFF H.LEIGHTON LASKEY REQUESTS,TO AMEND, A MOTION OF ADDING THE MILLSBORO POLICE DEPARTMENT AS DEFENDANTS IN THIS CASE.
                              IT IS ALSO REQUESTED THAT THE FEDERAL COURTS TO DEEM THE STATES IMPLIED CONSENT LAWS ILLEGAL UNDER FEDERAL LAW AND THAT THE CONVICTION,OF THE PLAINTIFF,IN GEORGETOWN DELAWARE,COMMON PLEAS COURT,BE REVERSED AND RECORDED AS A DISMISSAL.

                                                      RESPECTFULLY

                                                      H.LEIGHTON LASKEY
                                                      527 BALTIC AVE
                                                      BROOKLYN,MD.21225

CC: CLERK OF THE COURTS



FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



BALTIMORE MD 212
22 APR 2006 PM 1 L

Hugh TR Austey
527 BALTIC AVE
Brooklyn, MD 21225

Clerk of the Courts
U.S. District Court
844 King ST / Lockbox 18
Wilmington Delaware M. 5380!

U.S.M. 5380!
X-RAY

19A011.3513-18 C012