IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| et. al., ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

TO: United States District Court
844 N. King Street
Lock Box 18
Wilmington, DE 19801

Please enter the appearance of the undersigned attorney on behalf of defendants PFC. Robert C. Legates and PFC. Wheatley.

                                      **AKIN & HERRON, P.A.**

                                      /s/ Bruce C. Herron
                                      Bruce C. Herron
                                      Attorney I.D. No.: 2315
                                      1220 N. Market Street, Suite 300
                                      P.O. Box 25047
                                      Wilmington, Delaware  19899
                                      (302) 427-6987

Dated: May 24, 2006

```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF DELAWARE

H. LEIGHTON LASKEY,            )
                               )
          Plaintiff,           )
                               )
     v.                        )    C.A. No. 06-018-JJF
                               )
PFC. ROBERT C. LEGATES,        )
et. al.,                       )
          Defendants.          )
```

### NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 24th day of May, 2006, a copy of **DEFENDANTS' ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF and was sent out first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                                        **AKIN & HERRON, P.A.**

                                        /s/ Bruce C. Herron
                                        Bruce C. Herron
                                        Attorney I.D. No.: 2315
                                        1220 N. Market Street, Suite 300
                                        P.O. Box 25047
                                        Wilmington, Delaware  19899
                                        (302) 427-6987

H:\tmw5\data\files\Docs\3651.044\EOA\4453.WPD