06-018-JJF

CLERK OF THE COURTS
UNITED STATES DISTRICT CT.
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE

"MOTION TO AMEND"

                IT IS HEREBY PRESENTED THIS 1ST DAY OF JUNE 2006 THAT THE PLAINTIFF, H. LEIGHTON LASKEY, REQUESTS THAT A MOTION, TO AMEND, CASE #06-018-JJF

1. ADD THE MILLSBORO POLICE DEPT. 107 MAIN ST. MILLSBORO, DELAWARE. 19966 AS DEFENDANTS.
2. ADD THE TOWN OF MILLSBORO 322 WILSON HWY. MILLSBORO DELAWARE. 19966 AS DEFENDANTS.
3. THAT CASE # 0401001398 IN SUSSEX CO. COMMON PLEAS COURT BE OVERTURNED.

FURTHERMORE IT IS REQUESTED THAT ANY PRIOR REQUEST, TO AMEND, PLEASE BE DISREGARDED.

RESPECTFULLY
H. LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN, MD. 21225

CC. BRUCE C. HERRON
    DEFENSE ATTORNEY

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

BRUCE C. HERRON ATTORNEY               06-01-2006
120 N.MARKET ST. SUITE 300
P.O.BOX 25047
WILMINGTON,DELAWARE.

                I H.LEIGHTON LASKEY DO HEREBY ATTEST
THAT A COPY OF, A MOTION TO AMEND, HAS BEEN SENT TO THE DEFENSE
ATTORNEY CASE# 06-018-JJF VIA LETTER U.S. MAIL.

                                        RESPECTFULLY
                                        H.LEIGHTON LASKEY
                                        527 BALTIC AVE
                                        BROOKLYN, MD. 21225

CC: CLERK OF THE COURTS
    U.S. DISTRICT COURT
    WLMINGTON,DELAWARE

H. CRIGHTON LASKEY
527 BALTIC AVE
BROOKLYN, MD 21225

BALTIMORE MD 212
01 JUN 2006 PM 4 L

Clerk of the Courts
U.S. District Court
844 King St / Lock Box 18
Wilmington, Delaware
19801