IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| PFC. WHEATLEY and JOHN DOE, ) | |
| Supervisor on duty at ) | |
| Millsboro Police Department, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 21st day of June, 2006, a copy of **DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** and **DEFENDANTS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF** was electronically filed with the Clerk of the Court using CM/ECF and was sent by first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                                                **AKIN & HERRON, P.A.**
                                                /s/ Bruce C. Herron
                                                Bruce C. Herron
                                                Attorne I.D. No.: 2315
                                                1220 N. Market Street
                                                Suite 300
                                                P.O. Box 25047
                                                Wilmington, DE 19899
                                                (302) 427-6987
                                                Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\COS\4714.WPD