IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| PFC. WHEATLEY and JOHN DOE, ) | |
| Supervisor on duty at ) | |
| Millsboro Police Department, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE A MEMORANDUM OF
POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF
OF DEFENDANTS PFC ROBERT C. LEGATES, PFC WHEATLEY AND
"JOHN DOE" SUPERVISOR ON DUTY AT MILLSBORO POLICE DEPARTMENT**

Defendants PFC Robert C. Legates, PFC Wheatley and "John Doe" Supervisor on duty at Millsboro Police Department request permission to file a Memorandum of Points and Authorities in support of their Motion to Dismiss pursuant to Dist. Ct. L.R. 7.1.2. (b) in lieu of an opening brief.  In support of their Motion, defendants state as follows:

1.  Dist. Ct. L.R. 7.1.2. (b) provides that " the Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

2.  Plaintiff is pro se.  The arguments set forth in defendants' Motion to Dismiss do not require complex factual or legal analysis.

**WHEREFORE**, defendants PFC Robert C. Legates, PFC Wheatley and "John Doe" Supervisor on duty at Millsboro Police Department respectfully request permission to file a Memorandum of Points and Authorities in lieu of an opening brief.

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants
PFC Robert C. Legates, PFC Wheatley and "John Doe" Supervisor on Duty at Millsboro Police Department

**SO ORDERED** this ____ Day of _____, 2006.

Dated: June 21, 2006

H:\tmw5\data\files\Docs\3651.044\MOT\4692.WPD