19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PFC. ROBERT C. LEGATES, ) <br> PFC. WHEATLEY and JOHN DOE, ) <br> Supervisor on duty at ) <br> Millsboro Police Department, ) <br> ) <br> Defendants. ) | C.A. No. 06-018-JJF |

### MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF OF DEFENDANTS PFC ROBERT C. LEGATES, PFC WHEATLEY AND "JOHN DOE" SUPERVISOR ON DUTY AT MILLSBORO POLICE DEPARTMENT

Defendants PFC Robert C. Legates, PFC Wheatley and "John Doe" Supervisor on duty at Millsboro Police Department request permission to file a Memorandum of Points and Authorities in support of their Motion to Dismiss pursuant to Dist. Ct. L.R. 7.1.2. (b) in lieu of an opening brief. In support of their Motion, defendants state as follows:

    1.   Dist. Ct. L.R. 7.1.2. (b) provides that " the Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

    2.   Plaintiff is _pro se_. The arguments set forth in defendants' Motion to Dismiss do not require complex factual or legal analysis.

**WHEREFORE**, defendants PFC Robert C. Legates, PFC Wheatley and "John Doe" Supervisor on duty at Millsboro Police Department respectfully request permission to file a Memorandum of Points and Authorities in lieu of an opening brief.

                                                AKIN & HERRON, P.A.

                                                /s/ Bruce C. Herron
                                                Bruce C. Herron
                                                Attorney I.D. No.: 2315
                                                1220 N. Market Street
                                                Suite 300
                                                P.O. Box 25047
                                                Wilmington, DE 19899
                                                (302) 427-6987
                                                Attorney for Defendants
                                                PFC Robert C. Legates, PFC
                                                Wheatley and "John Doe"
                                                Supervisor on Duty at
                                                Millsboro Police Department

**SO ORDERED** this 22 Day of June, 2006.

*[signature]*

Dated: June 21, 2006

H:\tmw5\data\files\Docs\3651.044\MOT\4692.WPD