

Lewis Mosley
527 Baltic Ave
Baltimore, MD 21225

RECEIVED
JUN 28 2006

Honorable Judge
Joseph J. Farnan Jr.
U.S. District Court
844 N. King St / Lock Box 18
Wilmington, Delaware 19801

U.S.M.S. X-RAY