HONORABLE JUDGE                                         06-018-JJF
JOSEPH J. FARNAN JR.
U.S. COURTHOUSE
844 KING STREET
WILMINGTON, DELAWARE

                    YOUR HONOR,
                              PLEASE LET ME
CORRECT MY SPELLING. MY PREVIOUS LETTER USED ENVOKE. THIS WAS
INCORRECT MY CORRECTION IS INVOKE. PLEASE FORGIVE ME AND
ACCEPT MY CORRECTION. THANK YOU.

                                        RESPECTFULLY
                                        *[signature]*
                                        H. LEIGHTON LASKEY
                                        527 BALTIC AVE
                                        BROOKLYN, MD 21225

                                        7-5-06

cc. BRUCE HERRON

FILED
JUL -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*scanned*



BALTIMORE MD 212
05 JUL 2006 PM 10 T

Honorable Judge
Joseph J. Farnan Jr.
— U.S. Court House —
844 N. King St / Lock Box 18
Wilmington, Delaware 19801

H. Laska
527 Baltic Aur
Brooklyn, MD 21225