IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

H. LEIGHTON LASKEY,           :
                              :
          Plaintiff,          :
                              :
     v.                       :  Civ. No. 06-018-JJF
                              :
PFC. ROBERT C. LEGATES,       :
et al.,                       :
                              :
          Defendants.         :

**ORDER**

WHEREAS, Plaintiff H. Leighton Laskey filed this civil
rights action pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on April 24, 2006, and on June 5, 2006, Plaintiff
filed motions to amend his complaint (D.I. 14, 17), and "[a]
party may amend the party's pleading once as a matter of course
at any time before a responsive pleading is served", Fed. R. Civ.
P. 15(a); and

WHEREAS, at the time the motions were filed, a responsive
pleading has not been served;

WHEREAS, in his motions to amend Plaintiff also asks that
his conviction in the Court of Common Pleas, Georgetown,
Delaware, be reversed and recorded as a dismissal;

WHEREAS, a plaintiff cannot recover under § 1983 for an
alleged wrongful conviction unless he proves that the conviction
or sentence has been reversed on direct appeal, expunged by
executive order, declared invalid by a state tribunal authorized
to make such determination, or called into question by a federal

court's issuance of a writ of habeas corpus, <u>see</u> <u>Heck v.</u>
<u>Humphrey</u>, 312 U.S. 477, 487 (1994);

THEREFORE, at Wilmington this 13 day of July, 2006, IT IS
ORDERED that:

1.  The motion to amends the complaint (D.I. 14, 17) are
**GRANTED**.  An amended complaint shall be filed within 30 days from
the date of this order.  If an amended complaint is not filed
within that time frame, the case will proceed on the original
complaint (D.I. 2).

2.  The motion to reverse Plaintiff's conviction and record
it as a dismissal is **DENIED**.

3.  The clerk of the court shall cause a copy of this order
to be mailed to Plaintiff.

UNITED STATES DISTRICT JUDGE