7-26-06

HONORABLE JUDGE  CASE#06-018-JJF
JOSEPH J. FARNAN JR.
U.S.DISTRICT COURT
844 N.KING STREET
WILMINGTON,DELAWARE
19801                    AMENDMENT

1.ENTER THE TOWN OF MILLSBORO AS DEFENDANTS:
   VIOLATION OF RIGHTS,ASSAULT: THAT THE TOWN OF MILLSBORO HAS
COMMON POLICY THAT DIRECTS THE MILLSBORO POLICE DEPARTMENT
TO USE UNREASONABLE AND EXCESSIVE FORCE TO OBTAIN EVIDENCE.
2.ENTER THE MILLSBORO POLICE DEPARTMENT AS DEFENDANTS: VIOLATION OF RIGHTS
   THAT THE MILLSBORO POLICE DEPARTMENT DIRECTS POLICE TO ASSAULT
   VIOLATE CIVIL LAW AND USE UNREASONABLE AND EXCESSIVE FORCE
TO OBTAIN EVIDENCE.

CONCLUSION
OFFICER W. HORSEY, OFFICER LEGATES UNDER
DIRECTION OF COMMON POLICY DID USE UNREASONABLE AND
EXCESSIVE FORCE TO OBTAIN EVIDENCE ON JANUARY 3 2004 AGAINST
THE PLAINTIFF H.LEIGHTON LASKEY.

                                    RESPECTFULLY
                                    H.LEIGHTON LASKEY
                                    527 BALTIC AVE
                                    BROOKLYN,MD.21225

cc.BRUCE HERRON

FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

06-018-JJF

I H. Leighton Jackey do attest that a copy of an amended complaint was sent to the defense Bruce C. Herron via U.S. mail on 7-26-06 to 1220 N. Market St. Suite 300 P.O. Box 25047 Wilmington Delaware. 19899

H. Leighton Jackey
527 Baltic Ave
Brooklyn, MD
21225



BALTIMORE MD 212

27 JUL 2006 PM 2 T

H. Laughton Laskey
527 Brunc Murf
Brooklyn, MD 21225

Clerk of the Courts
U.S. District Court
844 N. King St / Lock Box 18
Wilmington, Delaware - 1980