HONORABLE JUDGE  
JOSEPH J. FARNAN  
U.S. DISTRICT CT  
844 N. KING STREET  
WILMINGTON, DE. 19801  

CASE#06-018-JJF  
7-29-2006  

## AMENDED COMPLAINT

1) ENTER THE MILLSBORO POLICE DEPARTMENT 107 MAIN STREET MILLSBORO, DELAWARE. 19966 AS DEFENDANTS. ASSAULT, DENIAL OF RIGHTS
2) ENTER THE TOWN OF MILLSBORO 322 WILSON HWY. MILLSBORO DELAWARE AS DEFENDANTS. ASSAULT, DENIAL OF RIGHTS

THAT ON JANUARY 3, 2004 UNDER COMMON POLICY AND OR LACK OF PROPER POLICE TRAINING OFFICER LEGATES AND OFFICER WHEATLEY DID PHYSICALLY ASSAULT AND INVOLUNTARILY TAKE EVIDENCE FROM PLAINTIFF H. LEIGHTON LASKEY AT BEEBE HOSPITAL. THAT PLAINTIFFS REFUSAL WAS ALLOWED UNDER LAW AND WAS IGNORNED BY POLICE. EMOTIONAL AND PHYSICAL INJURIES DID RESULT.

FURTHERMORE PLEASE EXCUSE AMENDMENT DATED 7-26-06 FOR BEING INCOMPLETE.
I H. LEIGHTON LASKEY DO ATTEST THAT A COPY WAS SENT TO THE DEFENDANTS ATTORNEY AT 1220 N. MARKET ST. P.O. BOX 25047 WILMINGTON, DELAWARE 19899

RESPECTFULLY  
H. LEIGHTON LASKEY  
527 BALTIC AVE  
BROOKLYN, MD. 21225  

FILED  
JUL 31 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE  

BD scanned

H. CREIGHTON CASKEY
527 BALTIC AVE
BROOKLYN, MD 21225



BALTIMORE MD 212
29 JUL 2006 PM 8 L



CLERK of the Courts
U.S. DISTRICT COURT
844 N. KING STREET
WILMINGTON, DELAWARE
19801