IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY,<br><br>        Plaintiff,<br><br>        v.<br><br>PFC. ROBERT C. LEGATES,<br>PFC. WHEATLEY and JOHN DOE,<br>Supervisor on duty at<br>Millsboro Police Department,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-018-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S "AMENDMENT"
AND "AMENDED COMPLAINT" AND MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF**

Pursuant to F.R.C.P. 12(b)(6), defendants move to dismiss plaintiff's "Amendment" and "Amended Complaint" for failure to state a claim upon which relief can be granted. The grounds for defendants' Motion are as follows:

1. Notwithstanding plaintiff's proposed July 26, 2006 "Amendment" (Exhibit A attached hereto) and July 29, 2006 "Amended Complaint" (Exhibit B attached hereto), the gist of his claim remains that defendant Town of Millsboro Police Officers did "involuntarily take evidence from plaintiff" (Exhibit B) by using force to take a blood sample after plaintiff had been arrested under suspicion of driving under the influence of alcohol. According to plaintiff, the officers' use of force was unreasonable because his "refusal was allowed under law." (Exhibit B).

2. Plaintiff's claim is still based solely on his allegation that force was used to draw blood against his will. Police officers are permitted to use force in taking a blood sample from a suspected drunk driver. Schmerber v. California, 384 U.S. 757, 760 (1966); McCann v. State of Delaware, 588 A.2d 1100, 1101-02 (Del. Supr. 1991). Moreover, plaintiff's Amended Complaint does **not** allege that the officer informed plaintiff of the penalty of license revocation for refusal to permit chemical testing. See McCann at 1102 (In the absence of a statement by the officer regarding the penalty for refusal force may be used to take a blood sample from a suspected drunk driver).

**WHEREFORE,** defendants requests that plaintiff's Complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants

Dated: August 2, 2006

H:\tmw5\data\files\Docs\3651.044\MTD\5057.WPD

7-26-06

HONORABLE JUDGE                                         CASE#06-018-JJF
JOSEPH J. FARNAN JR.
U.S.DISTRICT COURT
844 N.KING STREET
WILMINGTON,DELAWARE
19801                           AMENDMENT


1.ENTER THE TOWN OF MILLSBORO AS DEFENDANTS:
   VIOLATION OF RIGHTS,ASSAULT: THAT THE TOWN OF MILLSBORO HAS
COMMON POLICY THAT DIRECTS THE MILLSBORO POLICE DEPARTMENT
TO USE UNREASONABLE AND EXCESSIVE FORCE TO OBTAIN EVIDENCE.
2.ENTER THE MILLSBORO POLICE DEPARTMENT AS DEFENDANTS: *VIOLATION OF RIGHTS*
   THAT THE MILLSBORO POLICE DEPARTMENT DIRECTS POLICE TO *ASSAULT*
   VIOLATE CIVIL LAW AND USE UNREASONABLE AND EXCESSIVE FORCE
TO OBTAIN EVIDENCE.


                            CONCLUSION
                *OFFICER WHATLEY*,OFFICER LEGATES UNDER
DIRECTION OF COMMON POLICY DID USE UNREASONABLE AND
EXCESSIVE FORCE TO OBTAIN EVIDENCE ON JANUARY 3 2004 AGAINST
THE PLAINTIFF H.LEIGHTON LASKEY.

                                        RESPECTFULLY,
                                        H.LEIGHTON LASKEY
                                        527 BALTIC AVE
                                        BROOKLYN,MD.21225


cc.BRUCE HERRON


DEFENDANT'S EXHIBIT A

I, H. Leighton Laskey Jr, attest that I have sent a copy of an amended complaint to Bruce C. Herren defense attorney at 1220 N. MARKET ST SUITE 300 P.O. BOX 25047 Wilmington DELAWARE 19899 on 7-26-06.

H. Leighton Laskey
527 BALTIC AVE
BROOKLYN, MD 21225

HONORABLE JUDGE                                                CASE#06-018-JJF
JOSEPH J.FARNAN                                                 7-29-2006
U.S.DISTRICT CT
844 N.KING STREET
WILMINGTON,DE.19801

AMENDED
COMPLAINT

1)ENTER THE MILLSBORO POLICE DEPARTMENT 107 MAIN STREET MILLSBORO,DELAWARE.19966 AS DEFENDANTS. ASSAULT, DENIAL OF RIGHTS
2)ENTER THE TOWN OF MILLSBORO 322 WILSON HWY.MILLSBORO DELAWARE AS DEFENDANTS. ASSAULT, DENIAL OF RIGHTS

                                        THAT ON JANUARY 3,2004 UNDER COMMON POLICY AND OR LACK OF PROPER POLICE TRAINING OFFICER LEGATES AND OFFICER WHEATLEY DID PHYSICALLY ASSAULT AND INVOLUNTARILY TAKE EVIDENCE FROM PLAINTIFF H.LEIGHTON LASKEY AT BEEBE HOSPITAL. THAT PLAINTIFFS REFUSAL WAS ALLOWED UNDER LAW AND WAS IGNORNED BY POLICE.EMOTIONAL AND PHYSICAL INJURIES DID RESULT.

                                        FURTHERMORE PLEASE EXCUSE AMENDMENT DATED 7-26-06 FOR BEING INCOMPLETE.
                                        I H.LEIGHTON LASKEY DO ATTEST THAT A COPY WAS SENT TO THE DEFENDANTS ATTORNEY AT 1220 N.MARKET ST.P.O.BOX25047 WILMINGTON, DELAWARE 19899

                                                            RESPECTFULLY
                                                            H.LEIGHTON LASKEY
                                                            527 BALTIC AVE
                                                            BROOKLYN,MD.21225


DEFENDANT'S EXHIBIT B