IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LEIGHTON LASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-018-JJF |
| | ) | |
| PFC. ROBERT C. LEGATES, | ) | |
| PFC. WHEATLEY and JOHN DOE, | ) | |
| Supervisor on duty at | ) | |
| Millsboro Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 2nd day of August, 2006,

a copy of **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S "AMENDMENT"**

**AND "AMENDED COMPLAINT" AND MEMORANDUM OF POINTS AND AUTHORITIES**

**IN SUPPORT THEREOF** was electronically filed with the Clerk of the

Court using CM/ECF and was sent by first class mail to the

following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                              **AKIN & HERRON, P.A.**
                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorne I.D. No.: 2315
                              1220 N. Market Street
                              Suite 300
                              P.O. Box 25047
                              Wilmington, DE 19899
                              (302) 427-6987
                              Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\COS\5070.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LEIGHTON LASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-018-JJF |
| | ) | |
| PFC. ROBERT C. LEGATES, | ) | |
| PFC. WHEATLEY and JOHN DOE, | ) | |
| Supervisor on duty at | ) | |
| Millsboro Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 2<u>nd</u> day of August, 2006,

a copy of **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S "AMENDMENT"**

**AND "AMENDED COMPLAINT" AND MEMORANDUM OF POINTS AND AUTHORITIES**

**IN SUPPORT THEREOF** was electronically filed with the Clerk of the

Court using CM/ECF and was sent by first class mail to the

following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

        **AKIN & HERRON, P.A.**
        <u>/s/ Bruce C. Herron</u>
        Bruce C. Herron
        Attorne I.D. No.: 2315
        1220 N. Market Street
        Suite 300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6987
        Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\COS\5070.WPD