HONORABLE JUDGE                                    06-018-JJF
JOSEPH J. FARNAN JR.
U.S.DISTRICT COURT
844 N.KING STREET
WILMINGTON,DE.

## OBJECTION TO DEFENSE
## REQUEST TO DISMISS

1)THAT DELAWARE STATE LAW SAYS A POLICE OFFICER MAY TAKE
REASONABLE ( STEPS) NOT FORCE TO OBTAIN A CHEMICAL TEST.
2)THAT FORCE TO OBTAIN A CHEMICAL TEST IN A MISDEMEANOR
DWI CASE CAN ONLY BE USED IF VEHICULAR MANSLAUGHTER OR
INJURY OCCURS DURING A DWI UNDER DELAWARE LAW.
3) THAT THE SUPREME COURT STATES THAT IF BLOOD SAMPLES ARE
TAKEN FOR OTHER REASONS SUCH AS VEHICULAR INJURIES OR OTHER
MEDICAL REASONS DUE TO THE COARSE OF THE DWI, THAN THE BLOOD
SAMPLES CAN BE OBTAINED FOR EVIDENCE.
4)THAT MISDEMEANOR DWI CASES ARE STILL PROTECTED BY THE 4TH-
AMENDMENT OF THE CONSTTUTION.

## CONCLUSION

                THAT OFFICER LEGATES AND
OFFICER WHEATLEY UNDER DIRECTION OR CAUSE OF INCOMPETENT
TRAINING DID USE UNREASONABLE AND EXCESSIVE FORCE TO OBTAIN
EVIDENCE AGAINST PLAINTIFF H.LEIGHTON LASKEY BY DRAGGING HIM
FROM THE POLICE CRUISER AND ASSAULTING THE PLAINTIFF AT BEEBE
HOSPITAL IN DELAWARE ON JANUARY 3RD 2004. THAT DEFENSE REQUEST
PLEASE BE DENIED.

                          RESPECTFULLY,

                          _H.LEIGHTON LASKEY_   8-10-06
                          527 BALTIC AVE
                          BROOKLYN,MD
                          21225

I H.LEIGHTON DUE ATTEST THAT A COPY OF THIS OBJECTION WAS SENT
TO BRUCE C. HERRON 1220 N.MARKET ST.SUITE 300 P.O. BOX 25047
WILMINGTON DELAWARE 19899   8-10-06

```
          FILED

        AUG 14 2006

      U.S. DISTRICT COURT
      DISTRICT OF DELAWARE
```

BD scanned

H. CRIGHTON LARKEY
507 BALTIC AVE
BROOKLYN MD 21225

BALTIMORE MD 212
10 AUG 2006 PM 7 L

CLERK OF THE COURTS
U.S. DISTRICT COURT
844 N. KING ST / LOCKBOX18
WILMINGTON, DELAWARE
19801

19801435519