IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFC. ROBERT C. LEGATES, )<br>PFC. WHEATLEY and JOHN DOE, )<br>Supervisor on duty at )<br>Millsboro Police Department, )<br>)<br>Defendants. ) | C.A. No. 06-018-JJF |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 15th day of August, 2006, a copy of **DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S "AMENDMENT" AND "AMENDED COMPLAINT"** was electronically filed with the Clerk of the Court using CM/ECF and was sent by first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                                                  **AKIN & HERRON, P.A.**

                                                  /s/ Bruce C. Herron
                                                  Bruce C. Herron
                                                  Attorne I.D. No.: 2315
                                                  1220 N. Market Street
                                                  Suite 300
                                                  P.O. Box 25047
                                                  Wilmington, DE 19899
                                                  (302) 427-6987
                                                  Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\COS\5158.WPD