HONORABLE JUDGE
JOSEPH J.FARNAN JR
U.S.DISTRICT COURT
844 N.KING STREET
WILMINGTON,DE.

CASE# 06-018 JJF

10-02-06

FORMAL REQUEST
FOR TRIAL

DEAR SIR,

I AS PLAINTIFF HAVE PRODUCED WHAT I FEEL TO BE SUFFICIENT EVIDENCE-
TO PROCEED THIS CASE #06-018-JJF    TO TRIAL THIS IS A
FORMAL REQUEST TO ASK THAT ALL DEFENSE REQUEST BE DENIED AND
A TRIAL DATE PLEASE BE SET.

IT IS ALSO STATED THAT A
COPY OF THIS REQUEST WAS SENT TO BRUCE HERRON DEFENSE ATTY.
ON 10-2-06.

H.LEIGHTON LASKEY

*[signature]*

527 BALTIC AVE
BROOKLYN,MD.21225

FILED
2006 OCT -4  AM 11:43
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

H. LASLEY
527 BANIOPARK
BROOKLYN MD 21225


BALTIMORE MD 2[.]
02 OCT 2006 PM 10[.]


USMS

HONORABLE JUDGE
Joseph J Farnan Jr.
U.S. District Court
844 N. King ST Lockbox 18
WILMINGTON, DELAWARE 19801

19801+3519 C012