



| Match ALL words | refuse chemical test dwi | Ask a question |

Login | Advanced Search | Contact Us | Site Map



## Delaware DUI Laws

**State DUI Laws: Delaware**

Legal Blood Alcohol Content Level: .08 Automatic Suspension of License for Failure of Blood Alcohol Test or Refusal to Submit to Test:

Yes Ignition Interlock Requirement upon Conviction: Yes Felony Conviction for Repeat Offenses: Yes

Delaware Code Annotated

21 Del. C. § 4177. Driving a vehicle while under the influence or with a prohibited alcohol content; evidence; arrests; and penalties

    (a) No person shall drive a vehicle:

    (1) When the person is under the influence of alcohol;

    (2) When the person is under the influence of any drug;

    (3) When the person is under the influence of a combination of alcohol and any drug;

    (4) When the person's alcohol concentration is .08 or more; or

    (5) When the person's alcohol concentration is, within 4 hours after the time of driving .08 or more. Notwithstanding any other provision of the law to the contrary, a person is guilty under this subsection, without regard to the person's alcohol concentration at the time of driving, if the person's alcohol concentration is, within 4 hours after the time of driving .08 or more and that alcohol concentration is the result of an amount of alcohol present in, or consumed by the person when that person was driving.

    (b) In a prosecution for a violation of subsection (a) of this section:

    (1) The fact that any person charged with violating this section is, or has been, legally entitled to use alcohol or a drug shall not constitute a defense.

    (2) a. No person shall be guilty under subsection (a)(5) of this section when the person has not consumed alcohol prior to or during driving but has only consumed alcohol after the person has ceased driving and only such consumption after driving caused the person to have an alcohol concentration of .08 or more within 4 hours after the time of driving.

    b. No person shall be guilty under subsection (a)(5) of this section when the person's alcohol concentration was .08 or more at the time of testing only as a result of the consumption of a sufficient quantity of alcohol that occurred after the person ceased driving and before any sampling which raised the person's alcohol concentration to .08 or more within 4 hours after the time of driving.

    (3) The charging document may allege a violation of subsection (a) without specifying any particular subparagraph of subsection (a) and

### Drunk Driving Links

- DUI/DWI/OUI News
- Drunk Driving Glossary
- DUI/DWI/OUI Laws
- DUI Overview
- DWI Overview
- OUI Overview
- Field Sobriety Test
- Breath Test
- Blood Alcohol Calculation
- Legal State BAC Limits
- Blood Test
- Implied Consent
- Underage Drinking
- Insurance Implications
- DUI/DWI/OUI Books &Tapes
- DMV Records
- License Suspension
- DUI/DWI/OUI School
- Hiring an Attorney
- Site Map





 

email address GO



Monday, October 2, 2006

☐ Home  ☐ FAQ  ☐ Stats  ☐ Info

:: Case Evaluation ::
> Free Consultation

:: Quick Links ::
**Find a DUI LAWS Lawyer**
:: Select Your State ::
> About 1800 DUI LAWS
> DUI Lawyer Directory
> DUI Laws by State
> DUI Arrests by State
> Drinking and Driving
> Your First DUI
> DUI Laws Dictionary
> BAC Calculator
> Field Sobriety Tests
> Driver License
> The Science
> Breathalyzers
> Jail Alternatives
> Ignition Interlock
> Criminal Courts
> Designated Drivers
> DUI Insurance
> DUI Schools
> Order Your DMV Record
> Link to DUI LAWS
> Contact Us

:: Expungement ::
> Why Expungement?
> Expungement 101
> Felony Expungement
> Rehabilitation & Pardon
> Case Evaluation

:: Traffic School ::
> Traffic School Info

**Delaware DUI LAW**

**Choose your Delaware co locate a DUI LAW Lawyer area.**

:: Select a County ::



**Delaware counties - map view**

Delaware DUI arrests result in two separate cases. First, a Delaware DUI stop will trigg case, where a DUI conviction carries fines, jail, mandatory educational programs, poss ignition interlock device being installed in your car, and more. However, a Delaware DU also triggers a Delaware DUI DMV Administrative Hearing. Note that it is the DUI arres or her lawyer) who must request the hearing or else a DUI arrest will mean that Delaw privileges will be suspended.

⚠ NOTE: If you or someone you care about has been arrested for DUI in Delaware, t allows only fifteen (15) days to request a hearing with the Division of Motor Vehicles. URGENT that you contact a Delaware DUI defense attorney for a free consultation righ protect your rights. Otherwise, your license will be automatically suspended following Delaware DUI arrest.

The Delaware Office of Highway Safety has declared targeting Delaware DUI cases a p Increased funding for enforcement, such as the Delaware DUI Checkpoint Strikeforce P has resulted in increased DUI checkpoint activity in Delaware and the surrounding stat stated, the goal of the DUI Checkpoint Strikeforce program has been to deter Delaware drivers by having a checkpoint out on every week between July 3rd and January 3rd. R Sobriety Checkpoint Brochure (** pdf format).

Delaware DUI laws declare it illegal to drive while one's mental or phy abilities are impaired by alcohol (or other drugs). It is also illegal to vi Delaware's "per se" DUI laws. There are important differences betwee traditional Delaware DUI charge and the per se charge.

Delaware DUI's are traditionally prosecuted on an impairment theory, the officer's opinion that the driver was mentally or physically impaired alcohol at the time he or she was driving. These DUI cases are proved reference to driving patterns, field sobriety test performance, the drive physical appearance, and chemical test results, if available. It is impor keep in mind that chemical test results are not needed to prove this ty

> About The Content
> About The Quizzes
> About The Final Exam
> Student Comments



:: Chat Room ::
> DUI Chat

:: LawyerLink ::
> For Attorneys Only
> Website Development

Delaware DUI case. The common law DUI charge is not dependent on particular alcohol level. The only focus for this Delaware DUI is impairm

Delaware DUI laws may also be violated by running afoul of the per se Per se laws declare a DUI to have occurred where one is driving with a Alcohol Level *(BAC) that is .08% or higher*. Delaware DUI per se laws concerned with impairment; these DUI laws are concerned only with b chemistry. This type of Delaware DUI charge may be brought regardle whether the driver is actually impaired or not, so long as the DUI arre supported by a BAC that exceeds the legal DUI limit.

### Criminal Court Punishment

**Delaware DUI, First Offense:** Being convicted of violating Delaware's DUI laws in fines up to $1,150.00 or imprisonment up to six months. In addition, following a DU conviction, a driver will be required to complete a DUI education course at his or her expense.

**Delaware DUI, Second Offense** *(within 5 years of prior DUI conviction)*: For a s offense DUI within five years of a first offense, the Delaware DUI conviction means ja Normally, second offenders are sentenced to 60 days to 18 months in jail. If properly by a Delaware DUI defense attorney, the 60 days can amount to 6-7 days in custody balance suspended. Second offense fines may be as low as $575.00 or as much as $2 A Delaware DUI educational course will also be required.

**Delaware DUI, Third Offense** *(within 5 years of 2 prior DUI convictions)*: A thir Delaware DUI offender will be subject to fines between $1,000.00 and $3,000.00 and imprisonment from one year to two years. The minimum one-year sentence of impris cannot be suspended until after the Defendant has served at least the first three mon These three months are not subject to any early release, furlough or reduction of any Delaware DUI educational program will also be required.

**Delaware DUI, Fourth Offense DUI** *(occurring any time after three prior offens charge becomes a more serious felony punishable by $2,000.00 to $6,000.00 fine and five years imprisonment. At least six months of any sentence of imprisonment must b and is not subject to suspension of any kind. A DUI educational program is also requir

An experienced Delaware DUI defense attorney will be able to help you with alternativ sentences, if available, as well as navigate the gauntlet of the Delaware DMV DUI Administrative license suspension.

### Delaware DUI Administrative Driver's License Suspension

If you allow the temporary license to expire without requesting a hearing or if you req hearing and subsequently lose the administrative hearing at the Department of Motor your license will be revoked as follows:

a. If you have taken the chemical test demanded by the police officer at the time

    arrest, your revocation will be a period of three months for a first offense, one second offense and 18 months for more than two offenses.
  b. If you refused the chemical test at the time of your arrest, the revocation will b period of one year for a first offense, 18 months for a second offense and 24 m a third or greater offense.

In addition to the license revocation set forth above, you will also be required to take Delaware DUI educational course and this course must be completed before your licen restored. In terms of early reinstatement of driving privileges after revocation by the D Motor Vehicles, you will be required to serve at least a six months period of license su

f you or someone you care about has been charged with a DUI in Dela ther Delaware drunk driving charge, please contact a lawyer right aw nsure that your rights are protected.

### nder-21 DUI in Delaware

**Zero Tolerance** - If you are under 21 and you are arrested for DU lood alcohol count of .02 or higher, you will lose your license automat he first offense its for 2 months, second offense is 6 months, and third s 1 year. If you don't have a license you can be fined $200 for the firs nd between $400 and $1,000 for any subsequent offenses.

**Underage Consumption** - If you are caught with alcohol (anywhe ust in a car) and you are under 21, you will automatically lose your lic o 6 months. If you do not have a license, you will be fined between $1 500.

**DUI - Driving Under the Influence** - If you drive with a blood al evel of more than .1%, you could face up to 1 year in prison and a fin or the first offense. For the third and all subsequent offenses, DUI is a hat means anywhere from 2 to 5 years in prison and a fine of not less 2,000.

n addition to the above penalties and costs, DUIs costs you $143.75 t our license back and $490.00 to take an alcohol program. The bottom t's not worth it.

f you or anyone you care about has been arrested for drunk driving, p ot delay; contact a qualified Delaware DUI defense lawyer for a free onsultation by calling **1.800.DUI.LAWS.**

Please note: Laws change frequently and thus the information provided should not be r as legal advice. To be certain, contact a criminal defense attorney for a legal assistance 1800DUILAWS.com is not liable for any misinformation that users obtain from using th

:: Previous page ::