CLERK OF THE COURTS  
U.S.DISTRICT COURT  
844 N.KING STREET  
WILMINGTON,DELAWARE

10-28-06

06-18 (JJF)

DEAR CLERK,

    WOULD YOU PLEASE SEND ME (3) MARSHALL 285 FORMS PER JUDGE JOSEPH FARNAN JR. ORDER DATED 10-24-06.

RESPECTFULLY,  
H.LEIGHTON LASKEY  
527 BALTIC AVE  
BROOKLYN,MD.21225

F. Li N Case
527 Bretigner
Brooklyn, MD 21225

Clerk of the Courts
U.S. District Court
844 N. King St / Lockbox 18
Wilmington, Delaware 19801