OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

October 30, 2006

TO: H. Leighton Laskey  
527 Baltic Avenue  
Brooklyn, MD 21225

**RE: U.S. MARSHAL 285 FORMS; 06-18(JJF)**

Dear Mr. Laskey:

A letter has been received by the Clerk's Office requesting USM 285 forms.  Enclosed pleased find the above mentioned forms.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Joseph J. Farnan, Jr.  
enc: USM 285 forms