CLERK OF THE COURTS  
U.S.DISTRICT COURT  
844 N.KING STREET  
WILMINGTON,DELAWARE  

10-28-06

06-18 (JJF)

DEAR CLERK,  
    WOULD YOU PLEASE SEND ME (3) MARSHALL 285 FORMS PER JUDGE JOSEPH FARNAN JR. ORDER DATED 10-24-06.

RESPECTFULLY,  
*H.Leighton Laskey* (signature)  
H.LEIGHTON LASKEY  
527 BALTIC AVE  
BROOKLYN, MD. 21225

H. Li N Case
527 Brotic Ave
Brookly, MD 21225

Clerk of the Courts
U.S. District Court
844 N. King St / Lockbox 18
Wilmington, Delaware 19801