Bruce C. Herron
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899

06-018-JJF

12-3-06

Dear Sir,

This was the basis for my lawsuit. I am entering this as evidence with the courts. Please take note.

Respectfully,
N Hughton Jaskey
520 Baltic Ave
Brooklyn, MD 21225

cc: Honorable Judge
Joseph J. Farnan Jr.



06cv18JJF
FILED
DEC 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
DELAWARE
DEC - 7 2006

STATE:  DELAWARE
General Reference:  Delaware Code Annotated

Basis for a DWI Charge:

    Standard DWI Offense:  Under the influence of alcohol 21 §4177(a)(1)
    Illegal Per Se Law (BAC/BrAC):  $\geq .08^{206 \text{ and } 207}$ 21 §4177(a)(4)
    Presumption (BAC):  **None**
    Types of Drugs/Drugs and Alcohol:  Under the influence of (1) any Drug or (2) a Combination of Alcohol and a Drug[208] 21 §4177(a)(2) and (3)
    **Persons Under 21 Years Old**-Vehicle Operation While or After Consuming Alcoholic Liquor[209] 21 §4177L(a)

Chemical Breath Tests for Alcohol Concentration:

    Preliminary Breath Test Law:  Yes[210] 21 §2741
    Implied Consent Law:
    Arrest Required (Yes/No):  No. Probable cause is sufficient 21 §§2740 and 2742(e)
    Implied Consent Law Applies to Drugs (Yes/No):  Yes 21 §2740
    Refusal to Submit to Chemical Test Admitted into Evidence:  Yes (Criminal and Civil Cases) 21 §2749
    Other Information:  A person may be required to submit to a chemical test if there is probable cause of a DWI offense. However, if a person is informed of their statutory right to refuse to submit to a test and he/she exercises this right, a test cannot be administered by involuntary means. 21 §§2740, 2741(b) and 2742(a), McCann v. State, 588 A.2d 1100 (Del. 1991), and Seth v. State, 592 A.2d 436 (Del. 1991)
A person must submit to a chemical test if there is probable cause to believe that person committed a DWI offense related to an accident in which there was a death. 21 §2740 {In death-related DWI situations, it appears that a driver cannot refuse to submit to a test. Therefore, "forced" taking of blood samples for testing purposes may now be possible under these circumstances.}

---

[206] This State's illegal per se law also makes it an offense to operate a motor vehicle with a breath alcohol concentration of .08 or more.

[207] Standard: Grams of alcohol per 100 milliliters of blood or grams of alcohol per 210 liters of breath. 21 §§4177(c)(1) and 4177L(b)

[208] The term "drug" includes (1) those drugs defined in Titles 11 and 16 (e.g., see schedule of controlled substances in Ch. 47 of Title 16) and (2) any substance or preparation which releases intoxicating vapors or fumes. 21 §4177(c)(7)

[209] An alcohol concentration ≥.02 is "per se evidence" of having consumed alcoholic liquor. 21 §4177L(b)

[210] The law appears to only indirectly authorize PBT use.

**DWI Bicycle.** Separate provisions of law make it illegal to ride a bicycle while under the influence of either an intoxicating liquor or narcotic drugs. The sanctions for this offense are as follows: first offense – a fine of $150 to $1,150; subsequent offense (within 2 years of a prior offense) – an imprisonment term of 10 to 30 days and/or a fine of $400 to $1,500. {A violation of this law is not entered on an offender's driver licensing record. 21 §4198K}.



A. LEIGHTON LARRY
527 BALTIC AVE
BROOKLYN, MD 21225

BALTIMORE MD 212
04 DEC 2006 PM 5 T

U.S. DISTRICT COURT
Honorable Judge
Joseph J. Farnan Jr.
Lockbox 18
844 King Street
Wilmington, Delaware 19801