IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| PFC. WHEATLEY TOWN OF ) | |
| MILLSBORO AND MILLSBORO ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

TO:  United States District Court
     844 N. King Street
     Lock Box 18
     Wilmington, DE 19801

Please enter the appearance of the undersigned attorney on behalf of defendants Town of Millsboro and Millsboro Police Department.

                              **AKIN & HERRON, P.A.**

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney I.D. No.: 2315
                              1500 Shallcross Avenue, Suite 1-A
                              Wilmington, Delaware  19806
                              (302) 427-6987
                              Attorney for Defendants

Dated: December 19, 2006