IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| PFC. WHEATLEY TOWN OF ) | |
| MILLSBORO AND MILLSBORO ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I **HEREBY CERTIFY** that on this 19th day of December, 2006, a copy of **DEFENDANTS' ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF and was sent by first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                              **AKIN & HERRON, P.A.**

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney I.D. No.: 2315
                              1500 Shallcross Avenue, Suite 1-A
                              Wilmington, Delaware  19806
                              (302) 427-6987
                              Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\NOS\6330.WPD