IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| PFC. WHEATLEY and JOHN DOE, ) | |
| Supervisor on duty at ) | |
| Millsboro Police Department, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I **HEREBY CERTIFY** that on this 20th day of December, 2006, a copy of **DEFENDANTS TOWN OF MILLSBORO AND MILLSBORO POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S "AMENDMENT" AND "AMENDED" COMPLAINT** was electronically filed with the Clerk of the Court using CM/ECF and was sent out first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue, Suite 1-A
Wilmington, Delaware 19806
(302) 427-6987
Attorney for Defendants