IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-018-JJF |
| PFC. ROBERT C. LEGATES, PFC. WHEATLEY, MILLSBORO POLICE DEPARTMENT, and TOWN OF MILLSBORO, | : |
| Defendants. | : |

O R D E R

At Wilmington, this 20 day of February 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motions To Dismiss (D.I. 18, 27, 38) are **DENIED**.

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE