IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

H. LEIGHTON LASKEY,         :
                            :
      Plaintiff,            :
                            :
v.                          : Civil Action No. 06-018 JJF
                            :
PFC. ROBERT C. LEGATES, et al., :
                            :
      Defendants.           :

**ORDER**

WHEREAS, by Order dated February 20, 2007, the Court has denied all motions to dismiss (D.I. 39, 40);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) **Discovery.** All discovery shall be completed by **June 30, 2007**.

2) **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **July 20, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

3) **Pretrial Conference.** A Pretrial Conference will be held on **Thursday, October 4, 2007 at 2:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

4) **Trial.** Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Parties should be available during the 120 day period for trial.

_February 27, 2007_               _/s/ Joseph J. Farnan Jr._
DATE                                        UNITED STATES DISTRICT JUDGE