IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-018-JJF |
| ) | |
| PFC. ROBERT C. LEGATES, ) | |
| PFC. WHEATLEY and JOHN DOE, ) | |
| Supervisor on duty at ) | |
| Millsboro Police Department, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I **HEREBY CERTIFY** that on this 13th day of March, 2007, a copy of **DEFENDANTS ANSWER TO PLAINTIFF'S "AMENDMENT" AND AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using CM/ECF and was sent out first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                                            **AKIN & HERRON, P.A.**

                                            /s/ Bruce C. Herron
                                            Bruce C. Herron
                                            Attorney I.D. No.: 2315
                                            1500 Shallcross Avenue, Suite 1-A
                                            Wilmington, Delaware  19806
                                            (302) 427-6987
                                            Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\NOS\7058.WPD