04-03-07

CLERK OF THE COURTS  
UNITED STATES DISTRICT  
844 N.KING STREET  
WILMINGTON,DELAWARE.

06-018-JJF

## MOTION
### JUDGEMENT FOR PLAINTIFF

FACT: THAT OFFICER LEGATES AND OFFICER WHEATLEY DID USE EXCESSIVE FORCE TO OBTAIN EVIDENCE FROM PLAINTIFF RESULTING IN INJURY.

FACT: CONTRADICTING STATEMENTS FROM OFFICERS SHOWS CONTEMPT FOR THE LAW BY OFFICER LEGATES.

FACT: INSUBORDINATION OF DUTY WAS DUE TO COMMON POLICE POLICY OR LACK OF PROPER POLICE TRAINING.

IT IS HEREBY REQUESTED THAT DEFENSE REQUEST TO DISMISS AND HAVE PLAINTIFF PAY FOR DEFENSE COUNCEL BE DENIED AND JUDGEMENT FOR THE PLAINTIFF BE AWARDED.

CC:BRUCE C. HERRON  
SENT VIA U.S.MAIL  
ON 04-03-07

RESPECTFULLY  
H.LEIGHTON LASKEY  
527 BALTIC AVE  
BROOKLYN,MD 21225

FILED  
APR - 2007

04-03-07

CLERK OF THE COURTS
UNITED STATES DISTRICT                                      06-018-JJF
844 KING STREET
WILMINGTON, DELAWARE.

## OPENING BRIEF

THAT FORCE UNDER DELAWARE LAW MAY ONLY BE USED IN ACCIDENT OR INJURY, IN A DWI CASE, TO OBTAIN EVIDENCE.

THAT OFFICER LEGATES REPORT DIFFERS FROM WITNESS OFFICER DOWNS REPORT, IN THAT, OFFICER LEGATES REPORT STATES THAT I GOT OUT OF THE POLICE CRUISER ON MY OWN WHEN OFFICER DOWNS REPORTS THAT I WAS PICKED UP AND HELPED OUT BY OFFICER WHEATLEY. THUS THE LATTER SUPPORTING MY CLAIM THAT I WAS DRAGGED OUT OF THE CRUISER.

THAT WHEN I REQUESTED AN ATTONEY ALL ATTEMPS TO FORCEBLY TAKE EVIDENCE SHOULD HAVE CEASED LESS WARRANT ISSUED.

THAT WHEN AN OFFICER CAN PICK AND CHOOSE WHO HE DECIDES TO INFORM, OF THE LAW, CREATES BIAS AND PREJUDICE TOWARDS THE ACCUSED.

CC. BRUCE C. HERRON

SENT VIA U.S. MAIL
4-03-07

RESPECTFULLY

H. LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN, MD. 21225

| Report Date: 01/03/2004 | Agency: Millsboro PD | | Complaint: 84-04-000007 |
|---|---|---|---|

## Victim - Suspect/Defendant Relationships (Cont'd)

| ATLEY, PFC | Suspect/Defendant - 001 LASKEY, HOWARD LEIGHTON 2 | Victim Offender Relationship Stranger |
|---|---|---|
| ...003 ...ety/Public | Suspect/Defendant - 001 LASKEY, HOWARD LEIGHTON 2 | Victim Offender Relationship Victimless Crime |

## Witness Information

| Type | Name | | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| Witness | DOWNS, OFFICER | | | Unknown | Unknown | | |
| | | Home Telephone (302) 645-6154 | Cell Phone | | | | |

Address: HWY, ...es PD, ...es, DE 19958

| Type | Name | | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| Witness | OLDHAM, TROOPER | | | Female | White | | |
| | | Home Telephone (302) 644-5020 | Cell Phone | | | | |

Address: Highway One HWY, ...es, DE 19958

| Type | Name | | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| Witness | AZAATO, OFFICER | | | Male | White | | |
| | | Home Telephone (302) 645-6154 | Cell Phone | | | | |

Address: ...es PD, ...es, DE 19958

## Investigative Narrative

...the above date and time I observed a black in color Chevrolet Camaro traveling Northbound ...US 113. As it approached SR 24 the vehicle veered from the right lane to the turn lane to ...d West on SR 24. He did not use his turn signal at all. Also, as he was making the ...ement, I observed his reverse lights come on while he was traveling forward. He pulled up ...the red light at the intersection and then made a right turn proceeding through the ...ersection and attempting to head North on US 113. I stopped the vehicle and upon my ...roach I detected a strong odor of an unknown alcoholic beverage emitting from his breath as ...spoke to me. The driver was identified as Howard Laskey 2nd by his Maryland driver's ...ense. I asked if he had had anything to drink and he stated that he had a few beers. I ...him exit the vehicle and perform field tests which he failed. I then administered a PBT ...ch he failed also. He was taken into custody and transported to Beebe Hospital where a ...al blood draw was conducted by RN, Cary Rutherford. While at the hospital he resisted ...iently while being placed into leg shackles.

...e whole way to the hospital he stated that I better get the big boys because there was no ...we were getting blood from his arm. Once at the hospital PFC Wheatley opened the rear ...senger door where the defendant was sitting. D-Lanskey said, What are you going to pull me ...of the car. PFC Wheatley told him that he could get out on his own. He did so and was ...tructed to stand facing the rear fender, which he did. He was then told to lean over the ...nk, which he also did. PFC Wheatley reached down to place a leg shackle on the defendant, ...at that point he stood up straight. PFC Wheatley then told the Lewes PD officers to have ...lean back over the trunk. When they attempted to do so he began resisting violently and ...kicking his legs at PFC Wheatley. I ran around the car and assisted PFC Wheatley in ...trolling his legs. Also a Beebe Hospital security officer assisted in holding his legs. ...ing his resisting he kicked PFC Wheatley in the stomach. When D-Lanskey was placed onto ...trunk by the Lewes officers his nose was struck and was bleeding from the right side. I ...iced this after he was placed onto the bed in the ER. Before leaving the hospital I asked ...he wanted his nose taken care of and he told me to shut up. While laying on the bed he ...ed the blood from his nose onto the arm of RN, Cary Rutherford.

...er his blood was drawn he was transported to Millsboro PD and further processed. While at ...station, after calming down, he was again asked if he wanted any type of treatment for his

| ...ing Officer ...LEGATES - 1067 2 | Supervisor Approval JOHN K MURPHY OJMBJKM Date 01/05/2004 1334 |
|---|---|

| Report Date: 01/03/2004 | Agency: Millsboro PD | Complaint: 84-04-000007 |

### Investigative Narrative - Continued

and he again declined. He was then transported to JP3 where he was subsequently itted to SCI.

blood evidence chain of custody was completed and then placed into evidence.

---

rting Officer
FC LEGATES - 1067 2

Supervisor Approval
JOHN K MURPHY OJMBJKM Date 01/05/2004 1334

ective Notified | Referred To

vability Factors | : Witness | .M. O. | : Trace Stolen Property | : Suspect Named | Status
                 | : Suspect Located | : Suspect Described | : Suspect Identified | : Suspect Vehicle Identified | Closed

MILLSBORO TOWN HALL                                      302-934-7002

| | | | |
|---|---|---|---|
| Report Date: 01/03/2004 | Agency: Lewes PD | | Complaint: 76-04-000011 |
| Report Time: 0130 | Initial Crime Report | | Occurred: SAT 01/03/2004 0130 |

Savannah RD    Lewes, DE 19958
BEEBE MEDICAL CTR.

Incident Overview:
WRITER AND PTLM. AZATO RESPONDED TO ASSIST MILLSBORO PD FOR A SUBJECT THAT WAS VERY DISORDERLY FOR A BLOOD DRAW.

| Case | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 500-124 | 73 | Sussex | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | MILLSBORO POLICE DEPT |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Government | | | | | |

| Address | Resident Status | Business Telephone | Cell Phone |
|---|---|---|---|
| MILLSBORO PD, Millsboro, DE 19966 | | (302) 934-8174 | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

Injuries:                    Description of Injuries:

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Suspect | 00520166 | LASKEY, HOWARD LEIGHTON 2 | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 39 | 1964 | 5'08" | 180 | Light | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Tooth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Black | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| BALTIMORE, MD 21225 | | |

Number:    Suspect's Clothing Description:

REDACTED

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | | Assist Other Agency |

| Location Of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Drug Store/Dr. Office/Hospital | Service Clear 01/03/2004 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 8106 - Assist Other Police Agency |

| Burglary Force Involved |
|---|
| ☐Yes ☐No |

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| MILLSBORO POLICE DEPT | LASKEY, HOWARD LEIGHTON 2 | Stranger |

## Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 001 | Witness | AZATO, PTLM | Unknown | Unknown | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| LEWES PD, Lewes, DE 19958 | | |

## Investigative Narrative

ON SATURDAY 01-03-2004 AT APPROXIMATILEY 0130 HRS. WRITER, PFC. S.A. DOWNS, AND PTLM. AZATO RESPONDED TO THE BEEBE MEDICAL CTR. EMERGENCY ENTERANCE TO ASSIST MILLSBORO PD WITH A LEGAL BLOOD DRAW ON A DISORDERLY SUBJECT. UPON ARRIVAL, PFC. WHEATLEY ADVISED THAT THE SUBJECT, HOWARD L LASKEY 2ND, HAD STATED THAT IT WAS GOING TO TAKE ALL THE MUSCLE THAT THEY HAD TO BE ABLE TO TAKE BLOOD FROM HIM. ONCE PFC LEGATES ARRIVED AT THE HOSPITAL, PFC. WHEATLEY ASKED THE SUBJECT TO GET OUT OF THE POLICE VEHICLE AND THE SUBJECT REFUSED TO MOVE. WHEATLEY PICKED UP THE SUBJECT AND HELPED HIM OUT OF THE POLICE VEHICLE. WHEATLEY THEN DIRECTED LASKEY TO THE R    OF THE POLICE VEHICLE AND ASKED HIM TO LEAN OVER THE TRUNK SO HE WAS ABLE TO PUT SHACKLES ON HIS LEGS. AT THAT TIME, THE SUSPECT STOOD STRAIGHT UP AND BEGAN TO KICK PFC WHEATLEY. WRITER AND PTLM. AZATO THEN HELD THE SUSPECT DOWN OVER THE TRUNK OF THE POLICE VEHICLE WHILE WHEATLEY AND PFC LEGATES GAINED CONTROL OF HIS LEGS AND GOT THE SHACKLES ON. THE SUBJECT STILL CONTINUED TO STRUGGLE WITH ALL THE OFFICERS THAT WERE INVOLVED. THE SUSPECT REFUSED TO

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM. DOWNS | FREDERICK J SLATER, OIIWFLS |

10-2000 FRI 11:11 AM    HILLSBORO-TOWN-HALL    3029347682    P. 14

| Report Date: | Agency: | Complaint: |
|---|---|---|
| 01/03/2004 | Lewes PD | 76-04-000011 |

## Investigative Narrative - Continued

THE ER AND HAD TO BE CARRIED IN THE EMERGENCY ROOM. ONCE IN THE ER ROOM THE SUSPECT ...INUED TO USE FOUL LANGUAGE AND STILL REFUSED TO HAVE HIS BLOOD DRAWN. WHILE WITNESS ...ERFORD WAS DRAWING BLOOD FROM THE SUSPECT, THE SUSPECT ATTEMPTED TO BITE RUTHERFORD. AT ...AT TIME, THE SUSPECT HAD TO BE RESTRAINED WHILE THE NURSES FINISHED THE DRAW. ONCE ...MPLETED, THE SUSPECT WOULD NOT WALK OUT OF THE ER AND HAD TO BE CARRIED BACK TO THE POLICE ...HICLE FOR TRANSPORT.

...RITER AND PTLM. AZATO CLEARED THE COMPLAINT ONCE THE SUSPECT WAS PLACED BACK INTO THE POLICE ...HICLE.

...orting Officer: LM. DOWNS - 94707 2

Supervisor Approval: FREDERICK L SLATER OJLWFLS Date 01/13/2004 0938



H. LASKEY
527 BARTEL AVE
BROOKLYN MD 21225

CLERK of the Courts
UNITED STATES DISTRICT
844 N. KING STREET
WILMINGTON DELAWARE 19801