CLERK OF THE COURTS                          06-018-JJF
UNITED STATES DISTRICT                       05-16-07
844 N.KING STREET
WILMINGTON,DELAWARE

## SUPPORT OF SUMMARY JUDGEMENT

DEFENSE DOES NOT DESPUTE THAT THE OFFICERS IN THIS CASE DID FORCEABLY TAKE EVIDENCE FROM PLAINTIFF. THE DEFENSE CLAIMS THAT IT WAS ALLOWED UNDER DELAWARE LAW. DELAWARE LAW STATES THAT REASONABLE STEPS CAN BE USED IF ALLEDGED REFUSES CHEMICAL TEST. 21 SECTION 2742. FORCE NOT MENTIONED.

THEREFORE THIS IS FACT THAT THE TOWN OF MILLSBORO AND THE MILLSBORO POLICE DIRECT POLICE TO USE PHYSICAL FORCE TO OBTAIN EVIDENCE NO MATTER OF THE DEGREE OF FORCE.

THAT THE PLAINTIFF WAS ALREADY IN CUSTODY AND HARM TO THE PUBLIC WAS NOW AVOIDED.

THAT THE ACCUSED IN A DWI CASE IS ALLOWED TO MAINTAIN A DEFENSE BY REFUSING TO GIVE EVIDENCE.

THAT THE DEFENSE ENTERED THE CONTRADICTING STATEMENTS,BY OFFICERS, INTO DISCOVERY THIS SHOULD THEREFORE BE ALLOWED AT TRIAL.

CC.BRUCE HERRON SENT U.S.                    RESPECTFULLY
MAIL 5-16-07
                                             *[signature]*
                                             H.LEIGHTON LASKEY
                                             527 BALTIC AVE
                                             BROOKLYN,MD.21225

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



H. Lasky
527 B??? ave
Brooklyn, md 21225

BALTIMORE MD 212
17 MAY 2007 PM 8 L

Clerk of the Courts
United States District
844 N. K. 06 ST
LockBox 18
Wilmington, Delaware, 19801