CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N.KING STREET

WILMINGTON,DELAWARE

06-018-JJF
DT-06-13-07

## SUPPORT OF SUMMARY JUDGEMENT

                 THE DEFENDANTS ARGUE THAT THEIR FORCED TAKING OF EVIDENCE WAS ALLOWED UNDER DELAWARE LAW. I HAVE ALWAYS MAINTAINED THAT EXCESSIVE AND UNREASONABLE FORCE WAS USED. OFFENSIVE TOUCHING,ASSUALT OR ASSUALT RESULTING IN INJURY ARE ALL DEEMED CRIMINAL ACTS,THEREFORE IT WOULD BE CONSIDERED EXCESSIVE AND UNREASONABLE FOR THE POLICE TO BREAK THE LAW TO ENFORCE THE LAW. DELAWARE LAW STATES THAT REASONABLE STEPS CAN BE USED TO OBTAIN EVIDENCE. REASONABLE STEPS DOES NOT CONSTITUTE FORCE.
                 MCGOWAN VS CITY OF SAN DIEGO STATES THAT THE DEGREE OF FORCE WHICH DOES NOT SHOCK THE CONSCIENCE OF THE ORDINARY PERSON.
                 DELAWARE LAW SAYS THAT IF A PERSON IS INFORMED OF THE LAW AND THAN REFUSES THE POLICE CANNOT USE FORCE. WHAT IF A PERSON IS KNOWLEDGEABLE OF THE LAW? WHAT IF A BAR CERTIFIED LAWYER REFUSES?
                 GEORGETOWN COURT OF COMMON PLEAS,STATES ATTORNEY, AGREED TO MY CLAIMS THAT THE POLICE WHERE UNJUSTIFIED IN USING FORCE TO OBTAIN EVIDENCE AND LET ME ENTER INTO AN FOP PLEA DEAL.
                 PERSONS WHO ARE KNOWLEDGEABLE OF THE LAW AND REFUSE A CHEMICAL TEST SHOULD BE AFFORDED THE SAME RIGHT TO THOSE THAT ARE INFORMED.


CC.BRUCE HERRON
VIA U.S MAIL ON 6-13-07

RESPECTFULLY

*H,Leighton Laskey*

H,LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN,MD 21225

06cv18JJF
FILED
JUN 15 2007
PG scanned
U.S. ___ COURT
DISTRICT ___ DELAWARE

H. Lasker
5727 Baltic ave
Brooklyn, MD 21225

Clerk of the courts
United States District
844 N. King Street
Lock Box 18
Wilming ton, Delaware 19801

BALTIMORE MD 212
13 JUN 2007 PM 5 T

U.S.M.S
X-RAY

USA First-Class

19801+3519 CO12