CLERK OF THE COURTS  06-018-JJF
UNITED STATES DISTRICT
844 N.KING STREET  06-019-07
WILMINGTON,DELAWARE    SUPPORT SUMMARY
                       JUDGEMENT

EXCESSIVE AND UNREASONABLE FORCE WHERE USED BY THE MILLSBORO POLICE. THE CRIME COMMITED BY THE PLAINTIFF WAS NOT SERIOUS ENOUGH TO WARRANT FORCE TAKING OF EVIDENCE. THE RESULTS IN TRIAL WOULD HAVE HAD THE SAME CONCLUSION WITHOUT THE POLICE FOCEABLY TAKING EVIDENCE. THE SUBMITION OF FORCE REPORTS INTERED INTO DISCOVERY SHOW THAT THE MILLSBORO POLICE DEPARTMENT HAS A STANDARD POLICY TO USE FORCE. THE REPORTS ALSO INDICATE THAT OFFICER WHEATLEY AND OFFICER LEGATES ARE EVASIVE OF THE TRUE FACTS OF THIS ARREST. THEY CONTINUE TO OMIT THE FACTS OR FALSELY REPRESENT THE FACTS BY NOT ADMITTING THAT THE PLAINTIFF WAS DRAGGED FROM THE POLICE CRUISER OR STATING THAT THE PLAINTIFF GOT OUT ON HIS OWN. THERE FORE THE MILLSBORO POLICE AND THE TOWN OF MILLSBORO SHOULD BE LIABLE FOR THE INAPROPRIATE MISCONDUCT OF THE POLICE UNDER SECTION 1983.

RESPECTFULLY
H.LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN,MD.21225

SENT VIA U.S MAIL 6-19-07
BRUCE HERRON



FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD
scanned

# MILLSBORO POLICE DEPARTMENT
## FORCE REPORT

Date: 01-03-04    Day: SAT    Time: 0130    Comp. #: 84-04-07

Subject's Name: Laskey    Howard    L    2nd
                 Last      First    Middle

Race: W    Sex: M    EO: NH    Age: 39    Date of Birth: 4-11-

Address: 527 Baltic Ave    City: Baltimore    State: MD

Location of Incident: Beebe Hospital

## TYPE OF FORCE

Fists: ___    ASP: ___    Handgun: ___    Shotgun: ___    K9: ___

Cap-Stun: ___    Chemical Agent: ___    Other: Held feet to get leg shackles on.

### Medical Attention Required

Subject(s) Injuries: Injured Nose    T&R: ___    Admitted: ___    Refused: ✓

Attending Physician: ___    Hospital: ___

Officer's Injuries: NONE    T&R: ___    Admitted: ___    Refused: ___

Attending Physician: ___    Hospital: ___

Crime or Incident: DUI/Resist Arrest/Off. Touch/Disorderly Conduct    Arrest: Yes

Remarks: Subject was cooperative, except for blood draw. He stated we better get the big boys, because we weren't getting his blood. Lewes PD officers restrained his upper body, while PFC Wheatley and I placed leg shackles on him. Notified Det. Lowe. OVER →

On Duty Supervisor: ___
                    Signature

Date & Time Notified: ___

Reporting Officer: R.C. Leaf 1067    Reviewer: Lt. Patrick J Quigly #1047
                   Signature                      Signature  1-6-2004

aav
Rev 01-25-01

At the hospital he got out of the car on his own. When PFC Wheatley grabbed his leg to place the shackle on it, the subject began kicking at PFC Wheatley. ②

28-26-2007 13:19  P.02

## MILLSBORO POLICE DEPARTMENT
## FORCE REPORT

Date: 010304   Day: SAT   Time: 0130   Comp. # 84-04-0007

Subject's Name: LASKEY / HOWARD / L / 2ND
                Last       First      Middle

Race: W   Sex: M   EO: N   Age: 39   Date of Birth: 041164

Address: 527 BALTIC AVE   City: BALTIMORE   State: MD

Location of Incident: BEEBE HOSPITAL

### TYPE OF FORCE

Fists: ____   ASP: ____   Handgun: ____   Shotgun: ____   K9: ____

Cap-Stun: ____   Chemical Agent: ____   Other: HELD FEET TO PLACE LEG IRONS

### Medical Attention Required

Subject(s) Injuries: INJURED NOSE   T&R: ____   Admitted: ____   Refused: ✓

Attending Physician: ____   Hospital: ____

Officer's Injuries: NONE   T&R: ____   Admitted: ____   Refused: ____

Attending Physician: ____   Hospital: ____

Crime or Incident: DUI, RESIST ARREST OFF TCH x 2   Arrest: YES

Remarks: I ASSISTED PFC LEGATES WITH A DISORDERLY PRISONER AT BEEBE HOSPITAL. LEGATES ADVISED ME D LASKEY STATED WE "BETTER HAVE SOME MUSCLE", IN ORDER TO TAKE HIS BLOOD. AT BEEBE WHILE I PLACED LEG IRONS ON D LASKEY HE BEGAN KICKING AND VIOLENTLY RESISTING. LEWES PD OFFICERS PLACED HIM →

On Duty Supervisor: ____
                    Signature

Date & Time Notified: 010304  0400HRS  NOTIFIED PFC/DET LOWE VIA PHONE

Reporting Officer: PFC Bryl S. Whatley 1066   Reviewer: Lt. Patrick J Quigly #1047
                   Signature                              Signature  1-6-2004

aay
Rev 01-25-01

ON THE [illegible] ... I SECURED THE LEG IRONS ON D. LASKEY. WHEN D LASKEY WAS TAKEN INSIDE, I OBSERVED BLOOD ON THE RIGHT SIDE OF HIS NOSE.

①



H. LASKEY
527 BASICAIR
BROOKLYN, MD 21225

CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE 19801