CLERK OF THE COURTS  
UNITED STATES DISTRICT  
844 N.KING STREET  
WILMINGTON,DELAWRE  

06-018-JJF  
06-23-07  

PLAINTIFF STATEMENTS

MY STATEMENTS IN MY ORIGINAL CLAIMS WAS THAT I WAS DRAGGED FROM THE POLICE CRUISER .I WAS THEN INJURED..MY CLAIMS ARE I WAS DRAGGED FROM THE POLICE CRUISER THROWN TO THE PAVEMENT AND MY NOSE WAS TORN OPEN AND STARTED TO BLEED.I AT THAT POINT WAS CONCERNED WITH WHAT WAS GOING ON AND STARTED TO RESIST WHAT I FELT WAS EXCESSIVE AND UNREASONABL FORCE BY OFFICER LEGATES AND OFFICER WHEATLEY. OFFICER LEGATES THAN SUBMITTED FALSE POLICE REPORTS AND OFFICER WHEATLEY OMITTED TRUE FACTS IN AN ATTEMPT TO COVER UP EXCESSIVE AND UNREASONABLE FORCE TO OBTAIN EVIDENCE. THUS WILLFUL MISCONDUCT BY OFFICER LEGATES AND OFFICER WHEATLEY.

SENT VIA U.S.MAIL  
BRUCE HERRON  
6-23-07  

RESPECTFULLY,  
H.LEIGHTON LASKEY  
527 BALTIC AVE  
BROOKLYN,MD21225  



FILED  
JUN 27 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE  

BP Scanned



H LASKEY
527 BAGNI AVE
BROOKLYN, MD 21225

BALTIMORE MD 212
25 JUN 2007 PM 8 L

CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N. KING STREET
LOCK BOX 18
WILMINGTON DELAWARE (19801)

