CLERK OF THE COURTS  06-018-JJF
UNITED STATES DISTRICT  6-20-07
844 N.KING STREET
WILMINGTON,DELAWARE

MOTION TO<br>PRESENT WITNESSES

PRESENT PFC ROBERT LEGATES MILLSBORO POLICE

PRESENT PFC WHEATLEY MILLSBORO POLICE

DETECTIVE LOWE MILLSBORO POLICE

OFFICER DOWNS LEWES POLICE

OFFICER AZA TO LEWES POLICE

TROOPER OLDHAM DEPARTMENT UNKNOWN

          IT IS HEREBY REQUESTED THAT THE DEFENSE FURNISH THE COURTS AND THE PLAINTIFF,IN THIS CASE,THE CONTACT INFORMATION OF THE ABOVE WITNESSES.IT IS ALSO REQUESTED THAT SINCE THE PLAINTIFF HAS BEEN GRANTED FORMA PAUPERIS STATIS THAT THE DEFENSE OR THE COURTS PLEASE TAKE THE RESPONSIBILITY TO SUMMONS THE WITNESSES TO THE OCTOBER 4,2007 DATE AND THE UNKNOWN TRIAL DATE.

SENT VIA U.S MAIL            RESPECTFULLY
BRUCE HERRON
6-20-07

                     H.LEIGHTON LASKEY
                     527 BALTIC AVE
                     BROOKLYN,MD.21225



FILED JUN 22 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

scanned

H. LASKEY
527 BALTIC AVE
BROOKLYN, MD 21225

BALTIMORE MD 212
20 JUN 2007 PM 8 L

CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE 1980(1)

U.S.M.S.
X-RAY

19A0143513 C012