CLERK OF THE COURTS  
UNITED STATES DISTRICT  
844 N.KING STRRET  
WILMINGTON,DELAWARE

06-018-JJF  
6-26-07

## DISCOVERY MOTION

　　　　　　　　　　　　　　　　IT IS REQUESTED THAT THE DEFENSE,UNDER FREEDOM OF INFORMATION ACT, THAT THEY SUPPLY THE PLAINTIFF OF ANY OTHER CASES WHERE OFFICER LEGATES OR OFFICER WHEATLEY USED FORCE TO OBTAIN BLOOD FOR A DWI ARREST.

　　　　　　　　　　　　　　　　RESPECTFULLY  
SENT VIA U.S. MAIL　　　　　　　H.LEIGHTON LASKEY  
BRUCE HERRON 6-26-07

　　　　　　　　　　　　　　　　*H. Leighton Laskey*  
　　　　　　　　　　　　　　　　527 BALTIC AVE  
　　　　　　　　　　　　　　　　BROOKLYN,MD 21225

06cv18 JJF

FILED  
JUL - 2 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

H. LASKEY
527 Baltic ave
BROOKLYN, MD 21225

BALTIMORE MD 212
26 JUN 2007 PM 0 T

CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N. KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE
19801