DISCOVERY EVIDENCE

6-18-JJF
6-28-07

"It is a crime for one or more persons acting under color of law willfully to deprive or conspire to deprive another person of any right protected by the Constitution or laws of the United States. (18 U.S.C. §§ 241, 242). 'Color of law' simply means that the person doing the act is using power given to him or her by a governmental agency (local, State, or Federal). A law enforcement officer acts 'under color of law' even if he or she is exceeding his or her rightful power. The types of law enforcement misconduct covered by these laws include excessive force, sexual assault, intentional false arrests, or the intentional fabrication of evidence resulting in a loss of liberty to another. Enforcement of these provisions does not require that any racial, religious, or other discriminatory motive existed."

Source: US Department of Justice

SENT BRUCE HERRON
VIA U.S. MAIL
6-29-07

R.V. Leighton Laskey

H. LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN, MD 21225

06CV18 JJF
FILED
JUL - 2 2007



H. LASKEY
527 BALTIC AVE
BROOKLYN, MD 21225

BALTIMORE MD 212
30 JUN 2007 PM 1 L

CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE 19801