OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 17, 2007

TO: H. Leighton Laskey
    527 Baltic Avenue
    Brooklyn, MD 21225

*RE: Request to letter requesting subpoena forms; 06-18(JJF)*

Dear Mr. Laskey:

This office received a letter from you on 6/22/07 requesting subpoena forms for witnesses for your pretrial conference scheduled for 10/4/07. Although witnesses are not necessary at a pretrial conference, per your request six blank subpoena forms have been enclosed.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: 6 blank subpoena forms