IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LEIGHTON LASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-018-JJF |
| | ) | |
| PFC. ROBERT C. LEGATES, | ) | |
| PFC. WHEATLEY, MILLSBORO | ) | |
| POLICE DEPARTMENT AND TOWN | ) | |
| OF MILLSBORO | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. Rule. Civ. Pro. 56 defendants hereby move for summary judgment on the grounds that there is no genuine issue of material fact and they are entitled to judgment as a matter of law. The grounds for defendants' Motion are set forth in their Opening Brief filed in Support of the Motion for Summary Judgment.

**WHEREFORE**, moving defendants request that summary judgment be entered in their favor.

                                            **AKIN & HERRON, P.A.**

                                            /s/ Bruce C. Herron
                                            Bruce C. Herron
                                            Attorney I.D. No.: 2315
                                            1500 Shallcross Avenue, Suite 1-A
                                            Wilmington, Delaware  19806
                                            (302) 427-6987
                                            Attorney for Defendants

Dated: July 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-018-JJF |
| | ) |
| PFC. ROBERT C. LEGATES, | ) |
| PFC. WHEATLEY, MILLSBORO | ) |
| POLICE DEPARTMENT AND TOWN | ) |
| OF MILLSBORO | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 19th day of July, 2007, a copy of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was electronically filed with the Clerk of the Court using CM/ECF and was sent first class mail to the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                              AKIN & HERRON, P.A.

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney I.D. No.: 2315
                              1500 Shallcross Avenue, Suite 1-A
                              Wilmington, Delaware 19806
                              (302) 427-6987
                              Attorney for Defendants