IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

H. LEIGHTON LASKEY,     )
                                   )
              Plaintiff,     )
                                   )
          v.                )   C.A. No. 06-018-JJF
                                   )
PFC. ROBERT C. LEGATES,    )
PFC. WHEATLEY, MILLSBORO    )
POLICE DEPARTMENT AND TOWN   )
OF MILLSBORO              )
                                   )
           Defendants.   )

## APPENDIX TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

AKIN & HERRON, P.A.

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6987
Attorneys for Defendants

Dated: July 19, 2007

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Affidavit of Officer Robert Legates | A-1 |
| Affidavit of Officer Barry Wheatley | A-6 |
| Delaware State Police Crime Lab Analysis/Blood Alcohol Concentration | A-10 |

H:\tmw5\data\files\Docs\3651.044\APPX\8126.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LEIGHTON LASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-018-JJF |
| | ) | |
| PFC. ROBERT C. LEGATES, | ) | |
| PFC. WHEATLEY and JOHN DOE, | ) | |
| Supervisor on duty at | ) | |
| Millsboro Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF OFFICER ROBERT C. LEGATES

STATE OF DELAWARE     :
                      :
SUSSEX COUNTY         :

BE IT REMEMBERED that on this 9th day of July, 2007, Officer Robert C. Legates did come before me, a Notary Public, and did depose and say the following:

1.    I am a Corporal employed by the Millsboro Police Department.  I have been a Millsboro Police Officer since March, 2002.

2.    I am a named defendant in the above action.  I have personal knowledge of all of the facts set forth in this Affidavit.

1

A-1

3.    On January 3, 2004, at approximately 12:40 a.m., I was
on duty as a Millsboro Police Officer driving a police vehicle
northbound on U.S. 113 North.  I observed a black Chevy Camaro
also traveling northbound on Rt. 113.  As the Camaro approached
the intersection of Rt 113 and SR 24, it veered from the right
lane to the turn lane without using a signal.  The vehicle's
reverse lights came on as the vehicle was traveling forward.  The
vehicle pulled up to the red light at the intersection and made a
right turn with no signal.  I activated my flashing lights and
the Camaro pulled to the side of the road.

4.    Upon approaching the vehicle I immediately detected a
strong odor of alcohol.  The driver of the vehicle provided a
Maryland driver's license and was identified as Howard Laskey,
II.  The license contained a current alcohol restriction.  There
were no passengers in the vehicle.

5.    Laskey stated that he was on his way to the Bay Bridge
and that he "had a few beers."  He failed several field sobriety
tests at the scene.

6.    I placed Laskey under arrest for suspicion of Driving
Under the Influence of Alcohol and drove him to Delaware State
Police Troop 4 in Georgetown.  Soon after arriving at Troop 4, I
asked Laskey if he would submit to a breath test in order to
measure his blood alcohol level.  He refused.  I then informed
him that I would transport him to Beebe Hospital in Lewes so that

2

A-2

a blood alcohol reading could be obtained through a blood draw. I never informed Laskey of the penalty (revocation of license and/or driving privileges) for refusal of consent to chemical testing.

7.    During the ride to Beebe Hospital, Laskey stated: "You better get the big boys.  There's no way you're getting blood from my arm."  He also stated "I have nothing to lose."  I then called Millsboro Police Officer Wheatley and requested that he meet us at Beebe Hospital.

8.    Upon our arrival at Beebe Hospital, Officer Wheatley opened the rear passenger door.  Laskey got out of the vehicle. Officer Wheatley instructed him to stand facing the police car's rear fender and lean over the trunk.  Laskey complied.  However, when Officer Wheatley reached down to place leg shackles on Laskey he stood up straight.  Officer Wheatley asked two Lewes Police Department Officers (who were also present at the scene) for assistance.  Laksey became physically combative at this point.  Laskey kicked Officer Wheatley in the stomach as he attempted to secure the leg shackles.  The Lewes officers grabbed his arms and upper torso and placed him on the trunk.  It appeared that Laskey struck his nose on the trunk.

9.    After Laskey kicked Officer Wheatley in the stomach, I ran to the rear of the vehicle and assisted Officer Wheatley in controlling Laskey's legs.  Once his legs were secured, Officer

3

A-3

Wheatley and the two Lewes officers carried Laskey into the hospital and placed him onto a bed. I noticed that Laskey was bleeding slightly from a cut on the right side of his nose.

10. Laskey became verbally abusive. As Beebe Hopsital Nurse Cary Rutherford began preparing a label for the blood sample, Laskey deliberately wiped blood from his nose onto Rutherford's arm. Officer Wheatley and the two Lewes officers then held Laskey's arms and legs down to prevent further assaults or offensive contact with hospital personnel.

11. Laskey did not physically resist during the actual process as hospital personnel extracted blood from his arm.

12. I asked Laskey if he wanted medical treatment for the cut on his nose. He told me to shut-up. Following the blood draw, Laskey was transported without incident to the Millboro Police Department for further processing. I again asked him if he wanted treatment for his nose. He declined.

13. I charged Laskey with DUI, disorderly conduct, two counts of offensive touching and four traffic violations. The Delaware State Police Crime Lab Report analysis of Laskey's blood sample (Exhibit A attached hereto) revealed a blood alcohol concentration of .18. Laskey later pled guilty to Driving Under the Influence of Alcohol.

4

A-4

14.    The only physical force I used during the entire incident was grabbing Laskey's legs for the purpose of securing the leg shackles.  This occurred after Laskey kicked Officer Wheatley.  I did not punch, kick, push or strike Laskey in any way.


_Robt C Legates -1067_
Officer Robert Legates


**SWORN TO AND SUBSCRIBED BEFORE ME**, a Notary Public, on the day and year aforesaid.


_Jae E Burton_
Notary Public


H:\tmw5\data\files\Docs\3651.044\AFF\7979.wpd

5

A-5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

H. LEIGHTON LASKEY,                    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        C.A. No. 06-018-JJF
                                       )
PFC. ROBERT C. LEGATES,                )
PFC. WHEATLEY and JOHN DOE,            )
Supervisor on duty at                  )
Millsboro Police Department,           )
                                       )
                Defendants.            )

## AFFIDAVIT OF OFFICER BARRY WHEATLEY

STATE OF DELAWARE      :
                       :
SUSSEX COUNTY          :


    BE IT REMEMBERED that on this 9th day of July, 2007,

Officer Barry Wheatley did come before me, a Notary Public, and

did depose and say the following:

    1.    I am a Corporal employed by the Millsboro Police

Department.  I have been a Millsboro Police Officer since

March, 2001.

    2.    I am a named defendant in the above action.  I have

personal knowledge of all of the facts set forth in this

Affidavit.


1

A-6

3.    On January 3, 2004, at approximately 1:15 a.m., while on duty as a Millsboro Police Officer, I received a call from Millsboro Police Officer Robert Legates.  Officer Legates reported that he was transporting a subject under arrest for DUI to Beebe Hospital in Lewes for a blood draw.  Officer Legates requested assistance because the subject had made statements indicating that he intended to resist attempts to draw blood.

4.    I responded to Beebe Hospital in Lewes and observed Officer Legates' police vehicle near the Emergency Room entrance. I opened the rear passenger door and saw the plaintiff Howard Laskey seated in the back seat with his hands cuffed behind his back.  I asked Laskey to get out of the vehicle.  Laskey complied.  I did not drag or carry Mr. Laskey out of the vehicle. I may have touched Mr. Laskey's arm to guide him but there was no other physical contact with Mr. Laskey at this point.

5.    I instructed Laskey to stand facing the police car's rear fender and to lean over the trunk.  As I began to place leg shackles on Laskey's legs, he suddenly stood up straight.  Two officers from the Lewes Police Department were present at the scene.  I asked them for assistance and continued my attempts to place the leg shackles on Laskey.  Laskey then kicked me in the stomach.  The Lewes officers placed Laskey on the trunk.  I was able to secure the leg shackles with the assistance of Officer Legates.

2

A-7

6.    Once Laskey's legs were secured, I carried him into the hospital with the assistance of the two Lewes officers.  We placed him Laskey on a bed in the Emergency Room.  It appeared that Laskey was bleeding slightly from a cut on the right side of his nose.

7.    Laskey swore at hospital personnel.  As a Beebe hospital nurse began preparing a label for the blood sample, Laskey deliberately wiped blood from his nose onto the nurse's arm.  I then held Laskey's arms down to prevent further assaults or offensive contact with hospital personnel.  The two Lewes officers assisted me in restraining Laskey.

8.    Laskey did not physically resist during the actual process as hospital personnel extracted blood from his arm.

9.    The only physical force I used during the incident was (1) in restraining and securing Laskey's legs with leg shackles in the parking lot outside the hospital and (2) holding Laksey's arms down inside the hospital after he wiped his blood on the arm of a hospital nurse.  I did not punch, kick, push or strike Laskey in any way.

3

A-8

_Officer Barry Wheatley_

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public, on the day and year aforesaid.

_Notary Public_

H:\tmw5\data\files\Docs\3651.044\AFF\7992.wpd

4

A-9

# DELAWARE STATE POLICE CRIME LABORATORY

## *BLOOD ALCOHOL REPORT AND CERTIFICATE OF ANALYSIS*

DELAWARE STATE POLICE CRIME LABORATORY
TOXICOLOGY SECTION
P.O. BOX 430
DOVER, DE 19903
PHONE: (302)739-5975
FAX: (302)739-4752

Subject:

**LASKEY, HOWARD**

The blood sample described below was received by the undersigned analyst from a temporary evidence refrigerator in accordance with procedures established by the Delaware State Police Crime Laboratory to receive evidence of this type. The sample seal had not been broken or tampered with when received.

This sample was tested by the undersigned analyst who is certified by the Delaware State Police Crime Laboratory as qualified under the standards approved by the Delaware State Police Crime Laboratory to analyze blood samples to determine alcohol concentration. The analysis of this blood sample was properly and accurately performed under the Standard Operating Procedure for Blood Alcohol Analysis approved by the Delaware State Police Crime Laboratory.

**Complaint Number:**          84-04-0007

**Kit Number:**          R-0628

**Kit Expiration Date:**          09/30/2004

**Sample Received From:**          **Delaware State Police Troop 4**

**Date Received:**          02/17/2004

**Time Received:**          1:09 PM          *received 3-2-04*

**Date Analyzed:**          02/27/2004

It is hereby certified that the blood sample in the opinion of this analyst contains the alcohol concentration reported below.

## *BLOOD ALCOHOL CONCENTRATION RESULTS:*                    **0.18**

All sample results are expressed as an amount of alcohol in a sample of a person's blood equivalent to the number of grams of alcohol per hundred milliliters of blood.

ANALYST: David Sockrider

Forensic Chemist
Delaware State Police
Crime Laboratory
DATE: *2/27/04*

A-10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

H. LEIGHTON LASKEY,                    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )    C.A. No. 06-018-JJF
                                       )
PFC. ROBERT C. LEGATES,                )
PFC. WHEATLEY, MILLSBORO               )
POLICE DEPARTMENT AND TOWN             )
OF MILLSBORO                           )
                                       )
                Defendants.            )

### NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 19th day of July, 2007, a

copy of **DEFENDANTS' APPENDIX TO OPENING BRIEF IN SUPPORT OF THEIR**

**MOTION FOR SUMMARY JUDGMENT** was electronically filed with the

Clerk of the Court using CM/ECF and was sent first class mail to

the following party:

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

                        **AKIN & HERRON, P.A.**

                        /s/ Bruce C. Herron
                        Bruce C. Herron
                        Attorney I.D. No.: 2315
                        1500 Shallcross Avenue, Suite 1-A
                        Wilmington, Delaware  19806
                        (302) 427-6987
                        Attorney for Defendants

H:\tmw5\data\files\Docs\3651.044\NOS\8147.WPD