HONORABLE JUDGE
JOSEPH J. FARNAN
UNITED STATES DISTRICT
WILMINGTON, DELAWARE



06-018-JJF
7-10-07

REQUEST RESPONSE
WITNESS

SIR,
        BRUCE HERRON GAVE ME FALSE WITNESS REQUEST ON THE NAME OF A WITNESS IN THIS CASE. (SEE ENCLOSED). I HAVE FOUND THE TRUE WITNESS AND AM REQUESTING A REPORT FROM HER. THANK YOU.

H. LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN, MD. 21225

TROOPER  
NICOLE OLDHAM  
1304 ROUTE 1  
LEWES, DELAWARE.

CASE# 06-O18-JJF  
7-10-07

WITNESS INFORMATION

DEAR TROOPER THIS IS A FORMAL REQUEST FOR INFORMATION ON AN INCIDENT AT BEEBE HOSPITAL ON JANUARY 3, 2004. OFFICER LEGATES AND OFFICER WHEATLEY WHERE TAKING BLOOD EVIDENCE FROM AN ARRESTED HOWARD LASKEY. YOU ARE MENTIONED AS A WITNESS IN OFFICER LEGATES REPORT. PLEASE SEND ME YOUR ORIGINAL REPORTS AND OR A NOTORIZED STATEMENT OF WHAT YOU WITNESSED. THANK YOU.

CC. HONORABLE  
   JOSEPH FARNAN  
   DISTRICT JUDGE  
   UNITED STATES  
   DISTRICT COURT

RESPECTFULLY,  
/s/ Leighton Laskey  
H. LEIGHTON LASKEY  
527 BALTIC AVE  
BROOKLYN, MD. 21225

# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

June 27, 2007

H. Leighton Laskey
T1833286
527 Baltic Avenue
Brooklyn, MD 21225

   RE: H. Leighton Laskey v. PFC. Legates and PFC. Wheatley and the Town of Millsboro
      U.S. District Court C.A. No. 06-018-JJF

Dear Mr. Laskey:

  Your June 20, 2007 "Motion to Present Witnesses" requests contact information regarding six individuals. The addresses for these individuals are as follows:

  Officer Legates, Millsboro Police Department, 322 Wilson Highway, Millsboro, DE 19966;

  Officer Wheatley, Millsboro Police Department, 322 Wilson Highway, Millsboro, DE 19966;

  Officer Lowe Millsboro Police Department, 322 Wilson Highway, Millsboro, DE 19966;

  Officer Downs, Lewes Police Department, East 3rd Street, Lewes, DE 19958;

  Officer Azar, Lewes Police Department, East 3rd Street, Lewes, DE 19958; and

  Cpl. Jeff Oldham, Delaware State Police Headquarters, 1441 North Dupont Highway, Dover, DE 19901.

          Very truly yours,

          Bruce C. Herron

BCH:tad
H:\tmw5\data\files\Docs\3651.044\CORR\7965.WPD

H. LASKEY
527 BATTC AVE
BROOKLYN, MD 21225

Honorable Judge
Joseph J. Farnan
United States District Court
844 N. King Street
Wilmington, Delaware
19801

BALTIMORE MD 212
11 JUL 2007 PM 7

U.S.M.S.
-RAY