CLERK OF THE COURTS                                                   06-018-JJF
UNITED STATES DISTRICT                                            08-27-07
844 N.KING STREET
WILMINGTON,DELAWARE
                                   OPISITION TO DEFENSE
                                   SUMMARY JUDGEMENT

                                                                 THAT THE
OFFICERS LEGATES AND WHEATLEY SHOULD BE DENIED QUALIFIED
IMMUNITY FOR THEY KNEW THAT WHAT THEY WERE DOING WAS
EXCESSIVE BECAUSE THEY FAILED TO TELL THE TRUTH IN THEIR
STATEMENTS IN AN ATTEMPT TO COVER UP THEIR EXCESSIVE FORCE
AND ASSAULT ON HOWARD LASKEY ON JANUARY 3,2004. THAT THE
OFFICERS KNEW THE DIFFERENCE OF WHAT THEY WERE DOING AND
ENTERED FALSE WITNESS TO COVER UP THEIR EXCESSIVE FORCE.
                                                       THAT THE DEFENSE
IS WITHHOLDING EVIDENCE AND DID DECIEVE THE PLANTIFF AS TO
INFORMATION REQUESTED BY THE PLAINTIFF. THAT THE ONLY RESULT
TO THE TRUTH OF THE PLAINTIFFS CLAIM CAN BE ACHIEVED AT TRIAL.
                                                              THAT THE
OFFICERS LEGATES AND WHEATLEY ATTEMPTED TO COVER UP THEIR
ACTIONS SHOWED THAT THEIR ACTIONS WERE NOT AN HONEST MISTAKE
AND THAT THEIR FALSE WITNESS SHOWS THAT THEY WHERE
KNOWLEDGEABLE TO THE UNREASONABLENESS OF THE FORCE USED.
                                                              THAT THE TOWN OF
MILLSBORO AND THE MILLSBORO POLICE ARE RESPONSIBLE FOR THE
ACTIONS OF THEIR OFFICERS IN THE LINE OF THE OFFICERS DUTIES.

CC.BRUCE HERRON VIA U.S. MAIL                          RESPECTFULLY
08-27-07                                                             H.LEIGHTON LASKEY
                                                                              527 BALTIC AVE
                                                                              BROOKLYN,MD.21225



RECEIVED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

H. LASKEY
527 BALTIC AVE
BROOKLYN, NY 11225



CLERK OF THE COURT
UNITED STATES DISTRICT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE
19801

