IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-018 JJF |
| | : |
| PFC. ROBERT C. LEGATES, et al., | : |
| | : |
| Defendants. | : |

O R D E R

WHEREAS, due to a scheduling conflict, the Pretrial Conference scheduled for Thursday, October 4, 2007 at 2:30 p.m. will be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Friday, October 19, 2007 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference.

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Parties should be available during the 120 day period for trial.

September 14, 2007
DATE

UNITED STATES DISTRICT JUDGE