HONORABLE JUDGE
JOSEPH J. FARNAN JR.
844 N.KING STREET
WILMINGTON, DELAWARE


RECEIVED 06-018-JJF
SEP 24 2007   9-21-07

DEAR SIR,

    I, THE PLAINTIFF, WILL BE FINANCIALLY INCAPABLE TO MAKE THE PRE-TRIAL CONFERENCE ON 10-04-07.

    IT IS HEREBY REQUESTED THAT THE COURTS PROCEED WITH THEIR DECISION WITH MYSELF IN ABSENTIA. IF TRIAL IS ORDERED I WILL FIND THE FUNDS TO PROCEED IN PERSON. THANK YOU.

RESPECTFULLY

CC. BRUCE HERRON
VIA U.S. MAIL

9-21-07

H. LEIGHTON LASKEY
527 BALTIC AVE
BROOKLYN, MD. 21225



H. LASKEY
527 BALTIC AVE
BROOKLYN, MD 21225

United States District Court
Honorable Judge
Joseph J. Farnan Jr.
844 N. King Street
Wilmington, Delaware 19801

BALTIMORE MD 212
20 SEP 2007 PM 2 L

U.S.M.C. X-RAY

USA First-Class