.



CLERK OF THE COURTS
UNITED STATES DISTRICT
844 N.KING STREET
WILMINGTON,DELAWARE

*REGARDING OCT 19,07*

REQUEST TO PROCEED IN
ABSENTIA

　　　　　　　　　DUE TO THE COST TO TRAVEL TO DELAWARE AND THE PLAINTIFFS FINANCIAL POSITION PLUS THE FACT I COULD NOT ARGUE THIS CASE IN BALTIMORE. IT IS HEREBY REQUESTED THAT THE COURTS PROCEED WITH THEIR DETERMINATION WITH THE PLAINTIFF IN ABSENTIA. I HAVE OBTAINED ALL EVIDENCE I COULD FINANCIALLY AND WISH THE COURTS TO DECIDE WITH THE EVIDENCE PRESENTED BY THE PLAINTIFF. I,THE PLAINTIFF, HAVE INCURED FINANCIAL DIFFICULTY SINCE I HAVE FILED THIS CASE.
　　　　　　　　　IF THE COURTS DO FIND IN FAVOR OF THE PLAINTIFF I ASK THAT THE COURTS FIND SUMMARY JUDGEMENT FOR THE PLAINTIFF AND DISREGARD MY WITHDRAW OF SUMMARY JUDGEMENT.
　　　　　　　　　THAT THE DEFENDANTS THROUGH THE COARSE OF DUTY DID NOT EXPLAIN DELAWARE LAW TO THE PLAINTIFF AT THE TIME OF HIS ARREST. THAT THE PLAINTIFF HAD THE RIGHT TO QUESTION OFFICER LEGATES, OFFICER WHEATLEY THE MILLSBORO POLICE AND THE TOWN OF MILLSBORO IN THE COURT OF LAW. THAT SINCE THE PLAINTIFF WAS A MARYLAND DRIVER WITH NO KNOWLEDGE OF DELAWARE LAW THAT THE POLICE HAD A CIVIL DUTY TO ADVISE THE PLAINTIFF,AT THE TIME OF HIS ARREST, OF DELAWARE LAW CONCERNING CHEMICAL TESTING.
　　　　　　　　　THEREFORE SINCE THE DEFENDANTS DID NOT NOTIFY THE PLAINTIFF OF DELAWARE LAW CONCERNING CHEMICAL TESTING COULD BE TAKEN BY FORCE THAT THE PLAINTIFF HAD THE RIGHT TO QUESTION THE REASONABLENESS OF THE DEFENDANTS ACTION. THUS IF THE COURTS FIND IN FAVOR OF THE DEFENDANTS THAT THE COURTS DENY ANY COMPENSATION TO THE DEFENDANTS FOR ATTONEY FEES OR MENTAL SUFFERING.

CC.BRUCE HERRON VIA U.S. MAIL　　　　　　　RESPECTFULLY

　　　　　　　　　　　　　　　　　　　　　　*H. Leighton Laskey*
　　　　　　　　　　　　　　　　　　　　　　H.LEIGHTON LASKEY
　　　　　　　　　　　　　　　　　　　　　　527 BALTIC AVE
　　　　　　　　　　　　　　　　　　　　　　BROOKLYN,MD.21225

H. LASKEY
227 BALTIC AVE
BROOKLYN, MD 21225

BALTIMORE MD 212
04 OCT 2007 PM 3 L

Honorable Judge
Joseph J. Farnan Jr.
United States District
844 N. King Street
Wilmington, Delaware
19801