# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

October 15, 2007

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

    RE:  **H. Leighton Laskey v. PFC. Legates and PFC. Wheatley**
           **C.A. No. 06-018 JJF**

Dear Judge Farnan:

    Enclosed are copies of Defendants' Proposed Pre-Trial Order, Jury Instructions, Special Form of Verdict and Voir Dire. I have not heard from Mr. Laskey in regard to plaintiff's input.

                              Respectfully submitted,

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney for Defendants

BCH:tad
Enclosure
cc:  Clerk of the Court (w/encl.)
      H. Leighton Laskey (w/encl.)

H:\tmw5\data\files\Docs\3651.044\CORR\9021.WPD