IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LEIGHTON LASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-018-JJF |
| | ) | |
| PFC. ROBERT C. LEGATES, | ) | |
| PFC. WHEATLEY MILLSBORO | ) | |
| POLICE DEPARTMENT AND TOWN | ) | |
| OF MILLSBORO, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' PROPOSED SPECIAL FORM OF VERDICT

THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS.  THE COMPLETED SPECIAL VERDICT FORM SHEET MUST BE SIGNED AND DATED BY THE FOREPERSON.

1. Do you find that Defendant Officer Robert Legates used excessive and unreasonable force in violation of the Fourth Amendment of the United States Constitution during the course of plaintiff's DUI arrest on January 3, 2004?

    YES _____   NO _____

2. Do you find that Defendant Officer Barry Wheatley used excessive and unnecessary force in violation of the Fourth Amendment of the United States Constitution during plaintiff's DUI arrest on January 3, 2004?

    YES _____   NO _____

IF YOU HAVE ANSWERED "NO" TO BOTH QUESTIONS 1 AND 2 YOU HAVE FOUND IN FAVOR OF DEFENDANTS ON PLAINTIFF'S CLAIMS.  GO NO FURTHER.  IF YOU HAVE ANSWERED YES TO QUESTION 1 ANSWER QUESTION 3.  IF YOU HAVE ANSWERED YES TO QUESTION 2, ANSWER QUESTION 4.

3. State, in monetary terms, the amount of compensatory damages that you find plaintiff H. Leighton Laskey suffered as a result of the actions of defendant Officer Robert Legates

$ _____

4. State, in monetary terms, the amount of compensatory damages that you find plaintiff H. Leighton Laskey suffered as a result of the actions of defendant Officer Barry Wheatley

$ _____

Respectfully submitted,

_____                    _____
                                                FOREPERSON

Dated: _____