IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFC. ROBERT C. LEGATES, )<br>PFC. WHEATLEY, MILLSBORO )<br>POLICE DEPARTMENT AND TOWN )<br>OF MILLSBORO )<br>)<br>Defendants. ) | C.A. No. 06-018-JJF |

## DEFENDANTS' PROPOSED VOIR DIRE

Defendants, pursuant to D. Del. L.R. 47.1(a), submit the following proposed questions to be asked of the jurors during voir dire in addition to the Court's standard questions:

1. Have you, a friend or family member ever made a legal claim against a police officer or municipality?

2. Have you, a friend or family member ever had an experience with a police officer or a police department in which there was a claim or suggestion that the police did not act properly in some fashion?

3. Have you had any experience with a police officer which would affect your ability to render a fair and impartial verdict in a case involving the actions of a police officer?

                                **AKIN & HERRON, P.A.**

                                /s/Bruce C. Herron
                                Bruce C. Herron, Esquire
                                Akin & Herron, P.A.
                                1500 Shallcross Avenue
                                Suite 1-A
                                Wilmington, DE 19806
                                Attorney I.D. No.: 2315
                                (302) 427-6987
                                Attorney for Defendants

Dated: October 15, 2007

H:\tmw5\data\files\Docs\3651.044\JURY\8998.wpd