Clerk of the Courts          06-018-JJF
United States District       10-12-07
844 N. King Street
Wilmington, Delaware

Dear Clerk,

  I, the Plaintiff, above found monies to make it to Pre-Trial. I will be present October 19, 2007 at 11:30 am.

  I apologize for any inconvenience I may have caused.

Respectfully,
H. Leighton Lasley

cc. Bruce Herron
via U.S. Mail

H. LEIGHTON LASLEY
527 BALTIC AVE
BROOKLYN, MD 21225



FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned



BALTIMORE MD 212
15 OCT 2007 PM 7 L

U.S.M.S
X-RAY

Clerk of The Courts
United States District
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801

H. Lasley
527 Baltic Ave
Brooklyn, MD 21225