IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-18-JJF |
| PFC. ROBERT C. LEGATES, | : |
| PFC. WHEATLEY, MILLSBORO | : |
| POLICE DEPARTMENT AND TOWN OF | : |
| MILLBORO, | : |
| Defendant. | : |

**ORDER**

At Wilmington, the ___19___ day of October 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment (D.I. 56) is **GRANTED**.

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE