IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LEIGHTON LASKEY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-18-JJF |
| PFC. ROBERT C. LEGATES, PFC. WHEATLEY, MILLSBORO POLICE DEPARTMENT AND TOWN OF MILLBORO, | : |
| Defendant. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated October 19, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants, Millsboro Police Officer Robert Legates, Millsboro Police Officer Barry Wheatley, the Millboro Police Department and the Town of Millsboro, and against Plaintiff, H. Leighton Laskey.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2007

_____
(By) Deputy Clerk